**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Walnut Hill, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Walnut Hill Convalescent Home** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-0836430** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**27 Lincoln Street**
**Berlin, CT 06037**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Hartford**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Walnut Hill, Inc.**                                                    Case number (*if known*) _____
　　　Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____

District _____ When _____ Case number, if known _____

Debtor    **Walnut Hill, Inc.**
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

███    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Walnut Hill, Inc.**                                                    _____
          Name                                                                    Case number (*if known*)

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2016**
               MM / DD / YYYY

**X** **/s/ Annemarie Griggs**                                    **Annemarie Griggs**
     Signature of authorized representative of debtor             Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Joel M. Grafstein**                          Date    **June 14, 2016**
     Signature of attorney for debtor                            MM / DD / YYYY

**Joel M. Grafstein**
Printed name

**Grafstein & Arcaro, LLC**
Firm name

**10 Melrose Drive
Farmington, CT 06032**
Number, Street, City, State & ZIP Code

Contact phone    **(860) 674-8003**        Email address

**ct06191**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Walnut Hill, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2016**            X /s/ Annemarie Griggs
                                      Signature of individual signing on behalf of debtor

                                      **Annemarie Griggs**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Walnut Hill, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................  $ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................................  $ **1,454,636.07**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.........................................................................................  $ **1,454,636.07**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ **4,575,403.73**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                        $ **4,575,403.73**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Walnut Hill, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Webster Bank Account Number** | **Checking** | **8443** | **$15,227.86** |
| 3.2. | **Webster Bank** | **Checking** | **1435** | **$355,059.56** |
| 3.3. | **Wells Fargo Bank** | **Checking** | | **$396,442.73** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    **$766,730.15**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

| Debtor | **Walnut Hill, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| Debtor | **Walnut Hill, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| **Preference claim against Value Health Care Services, LLC** | | **$687,905.92** |
|---|---|---|
| Nature of claim | **547 Action** | |
| Amount requested | **$687,905.92** | |

| **Preference Claim against Eversource** | | **Unknown** |
|---|---|---|
| Nature of claim | **547 Action** | |
| Amount requested | **$7,870.29** | |

| **Possible Claim against Webster Bank** | | **Unknown** |
|---|---|---|
| Nature of claim | **Honor Enforcement without authority** | |
| Amount requested | **$75,000.00** | |

| **Claim against Grand Street Nursing, LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Improper liquidation of business account** | |
| Amount requested | **$0.00** | |

| **Possible Claim Against Aryeh Platschek**<br>**Improper operation with Debtor's business** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

| **Possible Claim against Webster and/or Apex for wire transfer of $45,770.23 from Webster Account without authority on 3/3/16** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$45,770.23** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$687,905.92** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Walnut Hill, Inc.**
Name

Case number *(If known)*

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Walnut Hill, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$766,730.15** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$687,905.92** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,454,636.07** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,454,636.07** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Walnut Hill, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Walnut Hill, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address<br>**City of New Britain**<br>**Tax Collector**<br>**27 West Main Street**<br>**New Britain, CT 06051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim **$0.00** | Priority amount **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**State Of Connecticut**<br>**Department of Revenue Services**<br>**25 Sigourney Street**<br>**Hartford, CT 06106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Provider Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Walnut Hill, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,397.91**

**Accelerated Care Plus Leasing**
13828 Coll
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Accelerated Care Plus Leasing, Inc.**
10910 Domain Dr., Suite 300
Austin, TX 78758

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ADP**
P.O. Box 84287
Boston, MA 02284

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.00**

**Advanced Air Quality**
357 East Columbus Avenue
Springfield, MA 01105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aetna, Inc.**
151 Farmington Avenue
Hartford, CT 06156

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,368.67**

**Alliance Rehab of Connecticut, LLC**
1520 Kensington Road, Suite 110
Oak Brook, IL 60523

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4-30-13**

Basis for the claim:  **Rehibilitation Service Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$669.38**

**Allscripts Healthcare**
222 Merchandise Mart Plaza
Suite 2024
Chicago, IL 60654

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Walnut Hill, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.70 |
|---|---|---|---|

Anytime Sewer & Drain
16 Fuller Avenue
East Hartford, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

Apex  Healthcare Systems
P.O. Box 3630
Akron, OH 44309-3630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.49 |
|---|---|---|---|

Apex Healthcare Partners
21 Robert
Suite 210
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $931.63 |
|---|---|---|---|

Bioserv
10 Gramar Avenue
Prospect, CT 06712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Boston Mutual
120 Royall Street
Canton, MA 02021

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.00 |
|---|---|---|---|

Career Builders
200 North LaSalle St.
Suite 1100
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Central Big
60 St. Clair
Unit C
New Britain, CT 06053

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Walnut Hill, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$439,824.94** |
|---|---|---|---|

**Central Care Solutions, LLC**
**1420 East Linden Avenue**
**Linden, NJ 07036**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Central Co**
**1 Court Street**
**New Britain, CT 06052**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$565.00** |
|---|---|---|---|

**Central Connecticut Communications**
**1 Hartford Square**
**New Britain, CT 06052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$956.83** |
|---|---|---|---|

**City Oil**
**1 Hartford Square #66**
**New Britain, CT 06052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Colbath Colors**
**42 Fennbro**
**West Hartford, CT 06119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$776.24** |
|---|---|---|---|

**Comcast**
**PO Box 6505**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.84** |
|---|---|---|---|

**Comcast**
**P.O. Box 1577**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Walnut Hill, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,749.01** |
|---|---|---|---|

**Connecticare**
P.O. Box 78
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,932.34** |
|---|---|---|---|

**Connecticut Natual Gas**
76 Meadow Street
East Hartford, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,775.43** |
|---|---|---|---|

**Crowley Landscaping**
75 Lowrey
Newington, CT 06131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.44** |
|---|---|---|---|

**Eagle Elevator**
176 Norfolk Avenue
Boston, MA 02119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.94** |
|---|---|---|---|

**Earthlink**
111 Trumbull Street
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Estate of Donald Griggs**
27 Lincoln St.
Berlin, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2010-2012

Basis for the claim:  **Funds Loaned to Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,870.29** |
|---|---|---|---|

**Eversource**
Po Box 650032
Dallas, TX 75265-0032

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Walnut Hill, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

**Eversource**
**Po Box 650032**
**Dallas, TX 75265-0032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$119.46**

---

**3.30** | Nonpriority creditor's name and mailing address

**Executive Computer Systems**
**365 Willard Avenue**
**Suite 2k**
**Newington, CT 06111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,265.56**

---

**3.31** | Nonpriority creditor's name and mailing address

**EZ Welding**
**600 East Street**
**New Britain, CT 06051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.32** | Nonpriority creditor's name and mailing address

**Fire Protection**
**1701 Highland Avenue #4**
**Cheshire, CT 06410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,276.20**

---

**3.33** | Nonpriority creditor's name and mailing address

**Frontier**
**Po Box 20550**
**Rochester, NY 14602-0550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$1,227.16**

---

**3.34** | Nonpriority creditor's name and mailing address

**GE Capital**
**P.O. Box 64**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$2,879.58**

---

**3.35** | Nonpriority creditor's name and mailing address

**Grandison Management**
**1413 38th Street**
**Brooklyn, NY 11218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,873.13**

---

| Debtor | **Walnut Hill, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address

**Grandview**
**55 Grand Street**
**New Britain, CT 06052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$1,242,430.67**

---

**3.37** | Nonpriority creditor's name and mailing address

**Granger**
**Dept. 8204**
**3150 Liberty Avenue**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$280.45**

---

**3.38** | Nonpriority creditor's name and mailing address

**Group Dynamic**
**411 US Route 1**
**Falmouth, ME 04105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**H&E Enterprize**
**120 Orchard Hill Road**
**Pomfret Center, CT 06259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.40** | Nonpriority creditor's name and mailing address

**H&R Healthcare**
**1750 Oak Street**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,859.03**

---

**3.41** | Nonpriority creditor's name and mailing address

**Harbor Linen**
**2 Foster Avenue**
**Gibbsboro, NJ 08026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42** | Nonpriority creditor's name and mailing address

**Hartford Safe and Lock**
**36 Silas Deane Highway**
**Wethersfield, CT 06109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$866.76**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Walnut Hill, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,409.92 |
|---|---|---|---|

**HD Supply**
P.O. Box 50
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393,408.11 |
|---|---|---|---|

**Healthcare Services Group**
3220 Tillman Drive
Suite 300
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Healthpro Therapy Services, LLC**
C/O Zeldes, Needle & Cooper
P.O. Box 1740
Bridgeport, CT 06601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,916.85 |
|---|---|---|---|

**HPC Foods**
Dept No. 38
P.O. Box 150
Hartford, CT 06115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**IPC Healthcare**
P.O. Box 84
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacobi, Case & Speranzini**
57 Plains Road
Suite 2B
Milford, CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Jeffrey A. Boccacio**
158 Boston
Pomfret Center, CT 06259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Walnut Hill, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Joseph Cadena**
**210 Atkins**
**Meriden, CT 06450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Kathleen Gregory**
**307 Hillhur**
**New Britain, CT 06053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,465.15** |
|---|---|---|---|

**Kinsley Power Systems**
**14 Connecticut South Drive**
**East Granby, CT 06026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kroll, McNamara, Evans & Delehanty, LLP**
**65 Memorial Rd.**
**Suite 300**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Attorney__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Law Office Robert Defrino**
**241 Asylum Street**
**5th Floor**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.92** |
|---|---|---|---|

**M&N Party Store**
**P.O. Box 64**
**Saint Paul, MN 55164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,920.81** |
|---|---|---|---|

**Marcum LLP**
**555 Long Wharf Dr.**
**12th Floor**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Walnut Hill, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Matrixcare**
**10900 Hamphhire Avenue South**
**Bin 32**
**Minneapolis, MN 55438**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$57.83**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Medicanix**
**300 Nurney St.**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$372.23**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Medline Industries**
**Box 38207**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$41,928.31**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**MobilexUS**
**930 Ridgebrook Road**
**3rd Floor**
**Sparks Glencoe, MD 21152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**MONY Life**
**P.O. Box 654**
**New York, NY 10249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Murtha Cullina LLP**
**CityPlace I**
**185 Asylum Street**
**Hartford, CT 06103-3469**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Attorney for Plaintiff**

Is the claim subject to offset? ■ No ☐ Yes

**$5,700.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**New England Industrial Supply**
**127 Costello Road**
**Newington, CT 06111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.87**

---

| Debtor | **Walnut Hill, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,813.13** |
|---|---|---|---|

**Omnicare of Connecticut**
Po Box 713611
Cincinnati, OH 45271-3611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Oncare Services**
7 Lois Lane
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,536.14** |
|---|---|---|---|

**Paquette Electric Co.**
P.O. Box 15
Pomfret Center, CT 06259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Paradigm Management**
177 Whitewood Road
Waterbury, CT 06708

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$244.61** |
|---|---|---|---|

**Patriot Pest Solutions**
P.O. Box 14
2 Birch Drive
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.27** |
|---|---|---|---|

**Precision Dynamics**
P.O. Box 71
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$441.35** |
|---|---|---|---|

**Precision Mechanical**
P.O. Box 81
Manchester, CT 06040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Walnut Hill, Inc.**
_____
Name

Case number *(if known)* _____

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,669.45** |

**Procaire**
**77 Summit St.**
**Manchester, CT 06040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,370.38** |

**Proline**
**P.O. Box 150**
**Hartford, CT 06115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.99** |

**Raintech Sound & Communications**
**250 Sheldon Road**
**Manchester, CT 06042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.80** |

**RJ Mase**
**P.O. Box 20**
**1 Testa Place**
**Norwalk, CT 06852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.30** |

**Roberts Business Machines**
**676 Tolland Street**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,935.00** |

**RT Capobianco Plumbing**
**51 Williams Street**
**Hartford, CT 06120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |

**Sentimental Productions**
**P.O. Box 14**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Walnut Hill, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.09 |
|---|---|---|---|

**Seton Identificatoin Products**
P.O. Box 95
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.49 |
|---|---|---|---|

**Shred-It**
P.O. Box 13
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,305.38 |
|---|---|---|---|

**Siegel O'Connell**
150 Trumbull Street
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,457.66 |
|---|---|---|---|

**SigmaCare**
575 8th Avenue
15th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.91 |
|---|---|---|---|

**Silver Streak Logistics**
3012 Avenue
Brooklyn, NY 11210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,324.00 |
|---|---|---|---|

**Stern Therapy Consultants**
23 Robert Pitt Drive
Ste 110
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Strings of**
24 Curtiss
Bristol, CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Walnut Hill, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Benefit Center**
**40 Corporate Avenue**
**Plainville, CT 06062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.18 |
|---|---|---|---|

**THOCC**
**P.O. Box 41**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256,999.99 |
|---|---|---|---|

**Tunic Capital**
**2071 Flatbush Avenue**
**Brooklyn, NY 11234**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,651.32 |
|---|---|---|---|

**U.S. Laboratory**
**P.O. Box 84**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,559.91 |
|---|---|---|---|

**U.S. Security Associates**
**P.O. Box 93**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.90 |
|---|---|---|---|

**United Ad Label**
**P.O. Box 84**
**300 Lang Blvd.**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.18 |
|---|---|---|---|

**United Electrical Service**
**P.O. Box 15**
**Simsbury, CT 06070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Walnut Hill, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Value Health Care Services, LLC** | ☐ Contingent |
| | **525 Knotter Drive** | ☐ Unliquidated |
| | **Cheshire, CT 06410** | ☐ Disputed |
| | Date(s) debt was incurred  **3-5-15** | Basis for the claim: **Judgment and Bank Execution** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount: **$687,905.92**

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **VI Facility** | ☐ Contingent |
| | **1022 Elm Street** | ☐ Unliquidated |
| | **Rocky Hill, CT 06067** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount: **$0.00**

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **William H.  Johnson, MSW** | ☐ Contingent |
| | **P.O. Box 13** | ☐ Unliquidated |
| | **Belchertown, MA 01007** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount: **$3,234.00**

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Wound Healing Technology** | ☐ Contingent |
| | **3611 14th Street** | ☐ Unliquidated |
| | **Brooklyn, NY 11218** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount: **$1,000.00**

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Wright Express** | ■ Contingent |
| | **225 Gorham Road** | ☐ Unliquidated |
| | **South Portland, ME 04106** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes |

Amount: **$1,565.72**

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Xerox Finance** | ☐ Contingent |
| | **P.O. Box 20** | ☐ Unliquidated |
| | **Dallas, TX 75320** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount: **$1,442.58**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gora LLC** **30 Quarter Horse Drive** **Monroe, CT 06468** | Line  **3.15** ☐ Not listed. Explain ____ | _ |

| Debtor | **Walnut Hill, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Grand Street Nursing LLC**<br>**C/O Rosenbaum & Associates, P.C.**<br>**4 Canaan Circle**<br>**South Salem, NY 10950** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jonathan M. Shapiro, Esq.**<br>**104 Court Street**<br>**Middletown, CT 06457** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Julia D. Riedel Emfinger, Esq.**<br>**Greenberg Traurig**<br>**77 West Wacker Drive, Suite 3100**<br>**Chicago, IL 60601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Medline**<br>**30 Germantown Road**<br>**Suite 2**<br>**Danbury, CT 06810** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael S. Baim, Esq.**<br>**The CKB Firm**<br>**30 North LaSalle St., Suite 1520**<br>**Chicago, IL 60602** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Parkside Rehabilitation & Healthcare**<br>**Center, LLC**<br>**55 Grand Street**<br>**New Britain, CT 06052** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Rosenbaum & Associates, P.C.**<br>**4 Canaan Circle**<br>**South Salem, NY 10950** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Scott m. Kraimer, Judicial Marshal**<br>**P.O. Box 271621**<br>**West Hartford, CT 06127** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Thomas Gugliotti, Esq.**<br>**100 Pearl Street-17th Floor**<br>**Hartford, CT 06103** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **4,575,403.73** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **4,575,403.73** |

**Fill in this information to identify the case:**

Debtor name __**Walnut Hill, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Walnut Hill, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
<div align="right">12/15</div>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Aryeh Platschek** | **c/o Richard Case, Esq. 10 Tower Lane Avon, CT 06011** | **Healthpro Therapy Services, LLC** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.2 **Paradigm Healthcare Development, LLC** | **C/O Corporation Service Company 2711 Centerville Road, Suite 400 Wilmington, DE 19808** | **Medline Industries** | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.3 **TYTY, LLC** | **c/o Richard Case, Esq. 10 Tower Lane Avon, CT 06011** | **Healthpro Therapy Services, LLC** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.4 **Walnut Hill Management Company, LLC** | **c/o Richard Case, Esq. 10 Tower Lane Avon, CT 06011** | **Healthpro Therapy Services, LLC** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name       **Walnut Hill, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|
    | 3.1.  **Value Health Care Services, LLC** **525 Knotter Drive** **Cheshire, CT 06410** | **April 7, 2016** | **$687,905.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Bank Garnishment following Judgment** |
    | 3.2.  **Eversource** **Po Box 650032** **Dallas, TX 75265-0032** | | **$7,870.29** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Walnut Hill, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Grandview**<br>**55 Grand Street**<br>**New Britain, CT 06051** | **5-27-16** | **$175,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Grandview**<br>**55 Grand Street**<br>**New Britain, CT 06052** | **3/5/16** | **$75,000.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">**Part 3:**</div>    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Alliance Rehab of Connecticut, LLC v. Walnut Hill, Inc.** | **Arbitration Action for Collection of Fees** | **American Health Lawyers Association ADR** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Allston Supply Company v. Walnut Hill, Inc.**<br>**CV-60266959** | **Collection** | **Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Walnut Hill, Inc.** _____ Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Kaithamattam v. Walnut Hill, Inc. and Donald Griggs**<br>CV-11-6022262-S | **Claim of Wrongful Termination** | **Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Healthpro Therapy Services, LLC v. Walnut Hill, Inc.**<br>HHB-CV15-6031063-S | **Collection** | **Superior Court-New Britain** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Robert Donalson d/b/a Century Executive Search v. Walnut Hill, Inc.**<br>HHB-CV15-6028429-S | **Collection** | **Hartford Superior - New Britain** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **CNG v. Walnut Hill, Inc.**<br>HHB-CV15-6030684-S | **Collection** | **New Britain Judicial District 20 Franklin Square New Britain, CT 06051** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Value Health Care Services, LLC v. Walnut Hill, Inc.**<br>HHB-CV13-6021705-S | **Collection** | **New Britain Judicial District 20 Franklin Square New Britain, CT 06051** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Medline Industries v. Paradigm Healthcare Development, LLC, et. al.**<br>2016L005444 | **Collection** | **Circuit Court-Cook County, IL Richard J. Daley Center, RM 801 Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **Walnut Hill, Inc.**                                      Case number *(if known)* _____

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grafstein & Arcaro, LLC** **10 Melrose Drive** **Farmington, CT 06032** | **Legal Fees** | **Various** | **$14,665.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Grand Street Nursing LLC** **C/O Rosenbaum &** **Associates, P.C.** **4 Canaan Circle** **South Salem, NY 10950** | **Transfer of all assets, except cash as of 2/29/2016 by virtue of an Operations Transfer and Surrender Agreement signed on 2/18/2016** | **2/29/2016** | **Unknown** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **55 Grand Street** **New Britain, CT 06052** | **1/25/1967 - 2/29/2016** |

**Part 8:    Health Care Bankruptcies**

| Debtor | **Walnut Hill, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor    **Walnut Hill, Inc.**                                                      Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **various residents**<br>**55 Grand Street**<br>**New Britain, CT 06051** | **Webster Bank** | **Small petty cash accounts for patients being held at Webster Bank Account Number xxx1818** | **$14,247.80** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   **Walnut Hill, Inc.**                                                  Case number *(if known)* _____

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Marcum, LLC**<br>**185 Asylum Street**<br>**17th Floor**<br>**Hartford, CT 06103** | **2012-2016** |
| 26a.2. | **Apex Healthcare Partners LLC**<br>**C/O Rosenbaum & Associates, P.C.**<br>**4 Canaan Circle**<br>**South Salem, NY 10950** | **2015-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Apex Healthcare Partners, LLC**<br>**c/o Rosenbaum & Associates, P.C**<br>**4 Canaan Circle**<br>**Monroe, NY 10950** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. | **Marcum, LLC**<br>**185 Asylum Street**<br>**17th Floor**<br>**Hartford, CT 06103** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Aryeh Platschek**<br>**c/o Richard Case, Esq.**<br>**10 Tower Lane**<br>**Avon, CT 06011** | |
| 26c.2. | **Apex  Healthcare Partners, LLC**<br>**C/O Rosenbaum & Associates, P.C.**<br>**4 Canaan Circle**<br>**South Salem, NY 10950** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Walnut Hill, Inc.**                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Walnut Hill Holdings, LLC** | **27 Lincoln Road**<br>**Berlin, CT 06037** | **Nursing Home Holding Company** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Debtor   **Walnut Hill, Inc.**_____   Case number *(if known)*_____

---

**Part 14:**   Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
   connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
   and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2016**_____

**/s/ Annemarie Griggs**_____          **Annemarie Griggs**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re **Walnut Hill, Inc.** _____   Case No. _____

_____   Chapter   **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $         **14,665.00**

    Prior to the filing of this statement I have received _____   $         **14,665.00**

    Balance Due _____   $             **0.00**

2.   The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Estate of Donald Griggs/Debtor**

3.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

## CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 14, 2016**_____          **/s/ Joel M. Grafstein**
_Date_                                              **Joel M. Grafstein ct06191**
                                                    _Signature of Attorney_
                                                    **Grafstein & Arcaro, LLC**
                                                    **10 Melrose Drive**
                                                    **Farmington, CT 06032**
                                                    **(860) 674-8003   Fax: (860) 676-9168**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## District of Connecticut

In re __Walnut Hill, Inc._____

Debtor(s)

Case No. _____

Chapter __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 14, 2016_____

/s/ Annemarie Griggs
**Annemarie Griggs**/President
Signer/Title

Accelerated Care Plus Leasing
13828 Coll
Chicago, IL 60693


Accelerated Care Plus Leasing, Inc.
10910 Domain Dr., Suite 300
Austin, TX 78758


ADP
P.O. Box 84287
Boston, MA 02284


Advanced Air Quality
357 East Columbus Avenue
Springfield, MA 01105


Aetna, Inc.
151 Farmington Avenue
Hartford, CT 06156


Alliance Rehab of Connecticut, LLC
1520 Kensington Road, Suite 110
Oak Brook, IL 60523


Allscripts Healthcare
222 Merchandise Mart Plaza
Suite 2024
Chicago, IL 60654


Anytime Sewer & Drain
16 Fuller Avenue
East Hartford, CT 06108


Apex  Healthcare Systems
P.O. Box 3630
Akron, OH 44309-3630


Apex Healthcare Partners
21 Robert
Suite 210
Monsey, NY 10952

Aryeh Platschek
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT 06011


Bioserv
10 Gramar Avenue
Prospect, CT 06712


Boston Mutual
120 Royall Street
Canton, MA 02021


Career Builders
200 North LaSalle St.
Suite 1100
Chicago, IL 60601


Central Big
60 St. Clair
Unit C
New Britain, CT 06053


Central Care Solutions, LLC
1420 East Linden Avenue
Linden, NJ 07036


Central Co
1 Court Street
New Britain, CT 06052


Central Connecticut Communications
1 Hartford Square
New Britain, CT 06052


City of New Britain
Tax Collector
27 West Main Street
New Britain, CT 06051


City Oil
1 Hartford Square #66
New Britain, CT 06052

Colbath Colors
42 Fennbro
West Hartford, CT 06119


Comcast
PO Box 6505
Chelmsford, MA 01824


Comcast
P.O. Box 1577
Newark, NJ 07101


Connecticare
P.O. Box 78
Philadelphia, PA 19178


Connecticut Natual Gas
76 Meadow Street
East Hartford, CT 06108


Crowley Landscaping
75 Lowrey
Newington, CT 06131


Eagle Elevator
176 Norfolk Avenue
Boston, MA 02119


Earthlink
111 Trumbull Street
Hartford, CT 06103


Estate of Donald Griggs
27 Lincoln St.
Berlin, CT 06037


Eversource
Po Box 650032
Dallas, TX 75265-0032

Executive Computer Systems
365 Willard Avenue
Suite 2k
Newington, CT 06111


EZ Welding
600 East Street
New Britain, CT 06051


Fire Protection
1701 Highland Avenue #4
Cheshire, CT 06410


Frontier
Po Box 20550
Rochester, NY 14602-0550


GE Capital
P.O. Box 64
Pittsburgh, PA 15264


Gora LLC
30 Quarter Horse Drive
Monroe, CT 06468


Grand Street Nursing LLC
C/O Rosenbaum & Associates, P.C.
4 Canaan Circle
South Salem, NY 10950


Grandison Management
1413 38th Street
Brooklyn, NY 11218


Grandview
55 Grand Street
New Britain, CT 06052


Granger
Dept. 8204
3150 Liberty Avenue
Pittsburgh, PA 15201

Group Dynamic
411 US Route 1
Falmouth, ME 04105


H&E Enterprize
120 Orchard Hill Road
Pomfret Center, CT 06259


H&R Healthcare
1750 Oak Street
Lakewood, NJ 08701


Harbor Linen
2 Foster Avenue
Gibbsboro, NJ 08026


Hartford Safe and Lock
36 Silas Deane Highway
Wethersfield, CT 06109


HD Supply
P.O. Box 50
San Diego, CA 92150


Healthcare Services Group
3220 Tillman Drive
Suite 300
Bensalem, PA 19020


Healthpro Therapy Services, LLC
C/O Zeldes, Needle & Cooper
P.O. Box 1740
Bridgeport, CT 06601


HPC Foods
Dept No. 38
P.O. Box 150
Hartford, CT 06115


IPC Healthcare
P.O. Box 84
Los Angeles, CA 90084

Jacobi, Case & Speranzini
57 Plains Road
Suite 2B
Milford, CT 06461


Jeffrey A. Boccacio
158 Boston
Pomfret Center, CT 06259


Jonathan M. Shapiro, Esq.
104 Court Street
Middletown, CT 06457


Joseph Cadena
210 Atkins
Meriden, CT 06450


Julia D. Riedel Emfinger, Esq.
Greenberg Traurig
77 West Wacker Drive, Suite 3100
Chicago, IL 60601


Kathleen Gregory
307 Hillhur
New Britain, CT 06053


Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT 06026


Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Rd.
Suite 300
West Hartford, CT 06107


Law Office Robert Defrino
241 Asylum Street
5th Floor
Hartford, CT 06103


M&N Party Store
P.O. Box 64
Saint Paul, MN 55164

Marcum LLP
555 Long Wharf Dr.
12th Floor
New Haven, CT 06511


Matrixcare
10900 Hamphhire Avenue South
Bin 32
Minneapolis, MN 55438


Medicanix
300 Nurney St.
Stamford, CT 06902


Medline
30 Germantown Road
Suite 2
Danbury, CT 06810


Medline Industries
Box 38207
Pittsburgh, PA 15251


Michael S. Baim, Esq.
The CKB Firm
30 North LaSalle St., Suite 1520
Chicago, IL 60602


MobilexUS
930 Ridgebrook Road
3rd Floor
Sparks Glencoe, MD 21152


MONY Life
P.O. Box 654
New York, NY 10249


Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469


New England Industrial Supply
127 Costello Road
Newington, CT 06111

Omnicare of Connecticut
Po Box 713611
Cincinnati, OH 45271-3611


Oncare Services
7 Lois Lane
Monsey, NY 10952


Paquette Electric Co.
P.O. Box 15
Pomfret Center, CT 06259


Paradigm Healthcare Development, LLC
C/O Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Paradigm Management
177 Whitewood Road
Waterbury, CT 06708


Parkside Rehabilitation & Healthcare
Center, LLC
55 Grand Street
New Britain, CT 06052


Patriot Pest Solutions
P.O. Box 14
2 Birch Drive
Wallingford, CT 06492


Precision Dynamics
P.O. Box 71
Chicago, IL 60694


Precision Mechanical
P.O. Box 81
Manchester, CT 06040


Procaire
77 Summit St.
Manchester, CT 06040

Proline
P.O. Box 150
Hartford, CT 06115


Raintech Sound & Communications
250 Sheldon Road
Manchester, CT 06042


RJ Mase
P.O. Box 20
1 Testa Place
Norwalk, CT 06852


Roberts Business Machines
676 Tolland Street
East Hartford, CT 06108


Rosenbaum & Associates, P.C.
4 Canaan Circle
South Salem, NY 10950


RT Capobianco Plumbing
51 Williams Street
Hartford, CT 06120


Scott m. Kraimer, Judicial Marshal
P.O. Box 271621
West Hartford, CT 06127


Sentimental Productions
P.O. Box 14
Cincinnati, OH 45250


Seton Identificatoin Products
P.O. Box 95
Chicago, IL 60694


Shred-It
P.O. Box 13
New York, NY 10087

Siegel O'Connell
150 Trumbull Street
Hartford, CT 06103


SigmaCare
575 8th Avenue
15th Floor
New York, NY 10018


Silver Streak Logistics
3012 Avenue
Brooklyn, NY 11210


State Of Connecticut
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106


Stern Therapy Consultants
23 Robert Pitt Drive
Ste 110
Monsey, NY 10952


Strings of
24 Curtiss
Bristol, CT 06010


The Benefit Center
40 Corporate Avenue
Plainville, CT 06062


THOCC
P.O. Box 41
Boston, MA 02241


Thomas Gugliotti, Esq.
100 Pearl Street-17th Floor
Hartford, CT 06103


Tunic Capital
2071 Flatbush Avenue
Brooklyn, NY 11234

TYTY, LLC
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT 06011


U.S. Laboratory
P.O. Box 84
Boston, MA 02284


U.S. Security Associates
P.O. Box 93
Atlanta, GA 31193


United Ad Label
P.O. Box 84
300 Lang Blvd.
Grand Island, NY 14072


United Electrical Service
P.O. Box 15
Simsbury, CT 06070


Value Health Care Services, LLC
525 Knotter Drive
Cheshire, CT 06410


VI Facility
1022 Elm Street
Rocky Hill, CT 06067


Walnut Hill Management Company, LLC
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT 06011


William H.  Johnson, MSW
P.O. Box 13
Belchertown, MA 01007


Wound Healing Technology
3611 14th Street
Brooklyn, NY 11218

Wright Express
225 Gorham Road
South Portland, ME 04106


Xerox Finance
P.O. Box 20
Dallas, TX 75320

# United States Bankruptcy Court
## District of Connecticut

In re  **Walnut Hill, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Walnut Hill, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Walnut Hill Holdings, LLC**
**27 Lincoln St.**
**Berlin, CT 06037**

☐ None [*Check if applicable*]

**June 14, 2016**

Date

**/s/ Joel M. Grafstein**

**Joel M. Grafstein ct06191**

Signature of Attorney or Litigant

Counsel for   **Walnut Hill, Inc.**

**Grafstein & Arcaro, LLC**
**10 Melrose Drive**
**Farmington, CT 06032**
**(860) 674-8003 Fax:(860) 676-9168**