# United States Bankruptcy Court
### District of Connecticut

In re **Walnut Hill, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Walnut Hill, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Walnut Hill Holdings, LLC**
**27 Lincoln St.**
**Berlin, CT 06037**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 14, 2016** | **/s/ Joel M. Grafstein** |
| Date | Joel M. Grafstein ct06191 |
| | Signature of Attorney or Litigant |
| | Counsel for **Walnut Hill, Inc.** |
| | **Grafstein & Arcaro, LLC** |
| | **10 Melrose Drive** |
| | **Farmington, CT 06032** |
| | **(860) 674-8003 Fax:(860) 676-9168** |