**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 amn |
| | : | |
| WALNUT HILL, INC. | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | JULY 20, 2016 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE**

Please take notice, that the undersigned hereby enters his appearance as counsel of record for Creditor HealthPRO Therapy Services, LLC in the above-captioned case and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in this case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, email, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

>CREDITOR
>HEALTHPRO THERAPY SERVICES, LLC
>
>By: /s/
>    Michael A. Carbone  (ct24425)
>    ZELDES, NEEDLE & COOPER, P.C.
>    1000 Lafayette Blvd., 5th Floor
>    Bridgeport, CT  06604
>    Telephone: (203) 333-9441
>    Facsimile:  (203) 333-1489
>    Email:  mcarbone@znclaw.com