**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (JJT) |
| | : | |
| | : | CHAPTER 7 |
| WALNUT HILL, INC., | : | |
| | : | |
| DEBTOR | : | September 28, 2016 |

**APPLICATION TO RETAIN HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC,**
**AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)**

Bonnie C. Mangan, Chapter 7 trustee (the "Trustee") of the estate of Walnut Hill, Inc., (the "Debtor") hereby applies for an order authorizing the employment of Hurwitz, Sagarin, Slossberg & Knuff, LLC ("HSSK"), as her counsel (the "Application"). In support of this Application, the Trustee respectfully represents upon the information and belief as follows:

1. On June 14, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code. The undersigned Trustee was appointed, duly qualified and is serving as Chapter 7 Trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper before this court pursuant to 28 U.S.C. §§1408 and 1409.

3. Pursuant to §327(a) of the Bankruptcy Code, the Trustee desires to employ and retain HSSK, and Lawrence S. Grossman, Esq., specifically, as counsel.

4. The Trustee contemplates that HSSK will render general legal services to the Trustee as needed throughout the course of this Chapter 7 case, including litigation and

bankruptcy assistance and advice.  Certain legal services that HSSK is expected to render to the Trustee are summarized as follows:

    a.  Advising the Trustee regarding the exercise and performance of her rights, powers and duties;

    b.  Advising the Trustee concerning the actions that she can take to collect and to recover property for the benefit of the Debtor's estate;

    c.  Preparing on behalf of the Trustee necessary and appropriate applications, motions, complaints and other pleadings;

    d.  Investigating, preparing and prosecuting preference, fraudulent conveyance and other avoidance action and such other actions as may be appropriate; and

    e.  Performing all other legal services for and on behalf of the Trustee which will be necessary or appropriate in the administration of the Debtor's case.

5.  The Trustee requires knowledgeable counsel to render the above-described essential professional services.  Attorney Grossman has substantial bankruptcy experience representing debtors, creditors and trustees, and has prosecuted and defended numerous property avoidance and other recovery actions, and is well qualified to represent the Trustee in this case.

6.  Subject to the Court's approval, HSSK will charge the estate in the Debtor's case for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered.  HSSK will maintain detailed records of any actual and necessary or appropriate costs and expenses incurred in connection with the aforementioned legal services.

7.  To the best of the Trustee's knowledge, information and belief, HSSK has no connection with the Debtor, its creditors or any other party in interest, and is "disinterested person" as such term is defined in the Bankruptcy Code.

8. To the best of the Trustee's knowledge, information and belief, HSSK represents no interest adverse to the Debtor's estate. The Trustee submits that the employment of HSSK would be in the best interests of the Debtor's estate and its creditors. An affidavit executed on behalf of HSSK in accordance with the provisions of §327 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedures and Local Rule of Bankruptcy Procedure 2014-1 is attached hereto and is incorporated herein by reference.

9. HSSK has a professional liability insurance policy through MBI Company Group, LLC with limits of $3,000,000.00 each occurrence and $3,000,000.00 general aggregate. The Trustee has been provided with a copy of the certificate of said insurance and said insurance will remain in force during the firm's retention.

10. HSSK intends to apply to the Court for compensation for services rendered and reimbursement of expenses incurred post-petition in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure and the guidelines of the office of the United States Trustee.

11. No previous application for the relief requested herein has been made in this case.

WHEREFORE, the Trustee respectfully requests for entry of an order authorizing it to employ HSSK in this case, and for such other and further relief as to this Court shall deem just and proper.

Dated this 28th day of September, 2016 at South Windsor, Connecticut.

THE CHAPTER 7 ESTATE OF
WALNUT HILL, INC.

By: /s/ Bonnie C. Mangan
Bonnie C. Mangan, Chapter 7 Trustee
The Law Office of Bonnie C. Mangan, P.C.
Westview Office Park
1050 Sullivan Avenue, A3
South Windsor, Connecticut 06074
860-644-4204 phone
860-644-4934 fax
bonnie.mangan@manganlaw.com