**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (JJT) |
| | : | |
| | : | CHAPTER 7 |
| WALNUT HILL, INC., | : | |
| | : | |
| DEBTOR | : | October 26, 2016 |

**AMENDED APPLICATION TO RETAIN HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC,**
<u>**SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)**</u>

Bonnie C. Mangan, Chapter 7 trustee (the "Trustee") of the estate of Walnut Hill, Inc., (the "Debtor") hereby applies for an order authorizing the employment of Hurwitz, Sagarin, Slossberg & Knuff, LLC ("HSSK"), as her counsel (the "Application"). In support of this Application, the Trustee respectfully represents upon the information and belief as follows:

1. On June 14, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code. The undersigned Trustee was appointed, duly qualified and is serving as Chapter 7 Trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper before this court pursuant to 28 U.S.C. §§1408 and 1409.

3. Pursuant to §327(a) of the Bankruptcy Code, the Trustee desires to employ and retain HSSK, and Lawrence S. Grossman, Esq., specifically, as counsel to investigate and, if appropriate, prepare and prosecute preference, fraudulent conveyance and other avoidance actions.

4.The Trustee shall continue to perform all usual and customary services rendered by a Chapter 7 trustee of a liquidating entity including, but not limited to, evaluating and, if necessary, preparing objections to, claims against the Debtor's estate, and issuing initial demand letters to persons and entities in possession of property of the estate or who otherwise may owe money to the Debtor's estate.  However, the Trustee requires knowledgeable counsel to render the above-described essential professional services.  Attorney Grossman has substantial bankruptcy experience representing debtors, creditors and trustees, and has prosecuted and defended numerous property avoidance and other recovery actions, and is well qualified to represent the Trustee in this case.

5.Subject to the Court's approval, HSSK will charge the estate in the Debtor's case a 1/3 contingency fee plus reimbursement of costs and expenses on all actions commenced under Chapter 5 of the Bankruptcy Code. HSSK will maintain detailed records of any actual and necessary or appropriate costs and expenses incurred in connection with the aforementioned legal services.

6.To the best of the Trustee's knowledge, information and belief, HSSK has no connection with the Debtor, its creditors or any other party in interest, and is "disinterested person" as such term is defined in the Bankruptcy Code.

7.To the best of the Trustee's knowledge, information and belief, HSSK represents no interest adverse to the Debtor's estate.  The Trustee submits that the employment of HSSK would be in the best interests of the Debtor's estate and its creditors.  An affidavit executed on behalf of HSSK in accordance with the provisions of §327 of the Bankruptcy Code, Rule 2014 of

the Federal Rules of Bankruptcy Procedures and Local Rule of Bankruptcy Procedure 2014-1 is attached hereto and is incorporated herein by reference.

8.    HSSK has a professional liability insurance policy through MBI Company Group, LLC with limits of $3,000,000.00 each occurrence and $3,000,000.00 general aggregate. The Trustee has been provided with a copy of the certificate of said insurance and said insurance will remain in force during the firm's retention.

9.    HSSK intends to apply to the Court for compensation for services rendered and reimbursement of expenses incurred post-petition in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure and the guidelines of the office of the United States Trustee.

10.    No previous application for the relief requested herein has been made in this case.

WHEREFORE, the Trustee respectfully requests for entry of an order authorizing it to employ HSSK in this case, and for such other and further relief as to this Court shall deem just and proper.

Dated this 26th day of October, 2016 at South Windsor, Connecticut.

                CHAPTER 7 TRUSTEE FOR THE ESTATE
                OF WALNUT HILL, INC.

By: /s/ Bonnie C. Mangan
    Bonnie C. Mangan, Chapter 7 Trustee
    The Law Office of Bonnie C. Mangan, P.C.
    Westview Office Park
    1050 Sullivan Avenue, A3
    South Windsor, Connecticut 06074
    860-644-4204 phone
    860-644-4934 fax
    bonnie.mangan@manganlaw.com