## 2016 W-2 QUOTES

12/6/2016

| Co.Code | 0010-10-VW1 | Account #: | 1034667 |

| | EE count | 229 | x 6.95 | $1,591.55 |

|  |  | $1,591.55 |
|  | Delivery | $19.80 |
|  | Total | $1,611.35 |



**GRAND TOTAL DUE FOR W-2s**           $1,611.35

Signature Line: _____

Printed Name: Bonnie Mangan, Esq., Trustee

Phone Number: 860-644-4204

W-2 Delivery Address:   Christopher Phillipps, CPA
Bederson LLP
347 Mt. Pleasant Ave, Suite 200
West Orange, NJ 07052

***** *Please return this quote with your payment to:* *****
*ADP, INC*
*1851 N. Resler Dr*
*El Paso, TX 79912*
*2016 W-2 QUOTES*