## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (jjt) |
| | : | |
| WALNUT HILL, INC. | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |
| | : | |
| HEALTHRPO THERAPY SERVICES, LLC | : | |
|     MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| WALNUT HILL, INC. and | : | |
| BONNIE C. MANGAN, TRUSTEE | : | |
|     RESPONDENTS | : | FEBRUARY 17, 2017 |

## MOTION FOR RELIEF FROM STAY
## TO PURSUE DEBTOR'S NON-BANKRUPT ENTITIES

HealthPRO Therapy Services, LLC ("Movant") as and for a motion pursuant to 11 U.S.C. §362(d)(1) and Federal Rule of Bankruptcy Procedure 4001(a), seeking an Order granting relief from Automatic Stay for cause in order to pursue non-bankrupt entities in state court, states the following as grounds therefore:

1.    This Court has jurisdiction over this matter under 28 U.S.C. §§1334(b) and §157(a) and §362(d) of Title 11, United States Code (hereinafter referred to as the "Code"). Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2.    On June 14, 2016 Walnut Hill, Inc. ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the Code with this Court.

3.    Debtor filed a Notice of Bankruptcy in the State Court Action on June 16, 2016 (the "Notice"). *See* Affidavit, ¶4 of Thomas Guild attached hereto and made a part hereof as Exhibit "A" (the "Affidavit").

4.     At the time of Debtor's filing, there was a pending State Court action bearing docket number HHB-CV-15-6031063-S, in Superior Court in New Britain (the "State Court Action"). *See* Exhibit A, Affidavit, ¶5

5.     The State Court Defendants in the State Court Action include non-debtor defendants, namely, Walnut Management Company, LLC; TYTY LLC and Arayeh Platschek. *See* Exhibit "A", Affidavit, ¶6.

6.     On August 10, 2016, the State Court cancelled a pending PJR hearing and set the matter down for a status conference "[i]n view of the recent developments in th[e] case." *See* Exhibit "A", Affidavit, ¶7.

7.     At the status conference, the State Court expressed its concerns and decided that the State Court Action could not proceed against the remaining defendants without an order from this court. *See* Exhibit "A", Affidavit, ¶8.

9.     The State Court Action includes causes of action against the non-debtor defendants for unjust enrichment, fraud and CUTPA, each of which is separate, distinct and apart from the claims against Debtor. *See* Exhibit "A", Affidavit, ¶9.

10.     Movant wishes to pursue its State Court Action claims against the non-debtor defendants for the harm it has suffered due to the non-debtor defendants' conduct. *See* Exhibit "A", Affidavit, ¶10.

WHEREFORE, Movant seeks an order from this Court allowing it to proceed against the non-debtor defendants in State Court.

CREDITOR
HEALTHPRO THERAPY SERVICES, LLC

By:_____/s/_____
Michael A. Carbone  (ct24425)
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd., 5th Floor
Bridgeport, CT  06604
Telephone: (203) 333-9441
Facsimile:  (203) 333-1489
Email:  mcarbone@znclaw.com

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (jjt) |
| | : | |
| WALNUT HILL, INC. | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |
| | : | |
| HEALTHRPO THERAPY SERVICES, LLC | : | |
|     MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| WALNUT HILL, INC. and | : | |
| BONNIE C. MANGAN, TRUSTEE | : | |
|     RESPONDENTS | : | FEBRUARY _16th_, 2017 |

### AFFIDAVIT OF THOMAS GUILD

I, Thomas Guild, Executive Vice President and Chief Counsel of HealthPRO Therapy Services, LLC ("Movant"), state the following under oath:

1.    I am over the age of 18 and understand the obligations of an oath.

2.    I am a representative of Movant in this action, and the statements contained herein are based on my own personal knowledge and are true and accurate to the best of my knowledge.

3.    I make this Affidavit in support of Movant's Motion for Relief from Stay.

4.    Debtor filed a Notice of Bankruptcy in the State Court Action on June 16, 2016 (the "Notice"), which Notice is attached hereto as Exhibit "A".

5.    At the time of Debtor's filing, there was a pending State Court action bearing docket number HHB-CV-15-6031063-S, in Superior Court in New Britain (the "State Court Action"). *See* State Court Docket Sheet attached hereto as Exhibit "B".

6.    The State Court defendants in the State Court Action include non-debtor defendants, namely, Walnut Management Company, LLC; TYTY LLC and Arayeh Platschek. See Exhibit "B".

7.    I was informed by counsel for the Movant on August 10, 2016, the State Court cancelled a pending PJR hearing and set the matter down for a status conference "[i]n view of het recent developments in th[e] case." See Order dated August 10, 2016 attached hereto as Exhibit "C".

8.    I was informed by counsel for the Movant at the status conference, the State Court expressed its concerns and decided that that State Court Action could not proceed against the remaining defendants without an order from this court.

9.    The State Court Action includes causes of action against the non-debtor defendants for unjust enrichment, fraud and CUTPA, each of which is separate, distinct and apart from the claims against Debtor. See Exhibit B State Court Docket – Doc. ID. 123.

10.    Movant wishes to pursue its State Court Action claims against the non-debtor defendants for the harm it has suffered due to the non-debtor defendants' conduct.

The foregoing is true and correct to the best of my knowledge and belief.

_____
Thomas Guild
Executive Vice President and
Chief Counsel

Subscribed and sworn to me this 16th day of February, 2017.



_____
Notary Public/
Commissioner of the Superior Court

# EXHIBIT A

| | | |
|---|---|---|
| DOCKET NO.: HHB-CV-15-6031063-S | : | SUPERIOR COURT |
| | : | |
| HEALTHPRO THERAPY SERVICES, LLC | : | J.D. OF NEW BRITAIN |
| | : | |
| V. | : | AT NEW BRITAIN |
| | : | |
| WALNUT HILL, INC., ET AL. | : | JUNE 16, 2016 |

## NOTICE OF BANKRUPTCY

Pursuant to Practice Book § 14-1, counsel for the Defendant, Walnut Hill, Inc., hereby notifies the Court and the parties that said Defendant has filed for bankruptcy protection.

Debtor:                          Walnut Hill, Inc.

Date of Bankruptcy:              June 14, 2016

District of Bankruptcy:          District of Connecticut, Hartford Division

Number of Bankruptcy Case:       16–20960

Debtor's Address:                27 Lincoln Street
                                 Berlin, CT 06037

The undersigned hereby certifies the above information to be true and accurate.

FOR THE DEFENDANT,
**WALNUT HILL, INC.**

By: Gregory W. Piecuch, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
Tel. No.: (860) 561-7070
Juris No.: 410641

## CERTIFICATION

I hereby certify that a copy of the foregoing has been served on all appearing parties of record pursuant to the requirements of the Practice Book, this 16th day of June, 2016, as follows:

Zeldes, Needle & Cooper
P.O. Box 1740
Bridgeport, CT  06601
mcarbone@znclaw.com

Szilagyi & Daly
118 Oak Street
Hartford, CT 06106
ccoulombe@sdctlawfirm.com

Michael T. Barrett, Esq.
348 Frost Road
Waterbury, CT  06705
mtb@mtbarrettlaw.com

_____
Gregory W. Piecuch, Esq.

KROLL, MCNAMARA, EVANS & DELEHANTY, LLP
65 MEMORIAL ROAD, SUITE 300 • WEST HARTFORD, CONNECTICUT 06107
JURIS NO. 410641 • TEL. NO. (860) 561-7070

# EXHIBIT B

 **State of Connecticut Judicial Branch**
**Civil / Family / Housing Inquiry** 

Civil/Family/Housing Home
Attorney/Firm Juris Number Look-up
Case Look-up
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address

Short Calendar Look-up
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices

Court Events Look-up
  By Date
  By Docket Number
  By Attorney/Firm Juris Number

Pending Foreclosure Sales

Understanding Civil/Family/Housing
Display of Case Information

Contact Us



Comments

**HHB-CV15-6031063-S**    **HEALTHPRO THERAPY SERVICES, LLC v. WALNUT HILL INC. D/B/A WALNUT HILL CARE CENTER Et Al**

Prefix/Suffix: [none]    Case Type: C40    File Date: 10/20/2015    Return Date: 11/03/2015

Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help ▶

To receive an email when there is activity on this case, click here.

Information Updated as of: 02/16/2017

| Case Information |
|---|
| Case Type: C40 - Contracts - Collections |
| Court Location: NEW BRITAIN JD |
| List Type: No List Type |
| Trial List Claim: |
| Last Action Date: 09/26/2016 (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| Disposition Date: |
| Disposition: |
| Judge or Magistrate: |

| Party & Appearance Information |
|---|

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01** HEALTHPRO THERAPY SERVICES, LLC | | | Plaintiff |
| | Attorney: ZELDES NEEDLE & COOPER (069695)  File Date: 10/20/2015<br>PO BOX 1740<br>BRIDGEPORT, CT 06601 | | |
| **D-01** WALNUT HILL INC. D/B/A WALNUT HILL CARE CENTER | | | Defendant |
| | Attorney: KROLL MCNAMARA EVANS & DELEHANTY LLP (410641) File Date: 11/02/2015<br>65 MEMORIAL ROAD<br>SUITE 300<br>WEST HARTFORD, CT 06107 | | |
| **D-02** WALNUT HILL MANAGEMENT COMPANY, LLC | | | Defendant |
| | Attorney: SZILAGYI & DALY (431542)  File Date: 03/02/2016<br>118 OAK STREET<br>HARTFORD, CT 06106 | | |
| **D-03** TYTY LLC | | | Defendant |
| | Attorney: MICHAEL T BARRETT (426250)  File Date: 04/08/2016<br>348 FROST ROAD<br>WATERBURY, CT 06705 | | |
| **D-04** ARAYEH PLATSCHEK | | | Defendant |
| | Attorney: SZILAGYI & DALY (431542)  File Date: 12/03/2015<br>118 OAK STREET<br>HARTFORD, CT 06106 | | |

**Viewing Documents on Civil (including Housing) Cases:** A logged-in appearing self-represented party with electronic access to the case and a logged-in appearing attorney can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney or self-represented party *without* an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are **not paperless** can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Any documents protected by law or by court order that are not open to the public cannot be viewed online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status |
|---|

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 10/20/2015 | P | SUMMONS | |
| | 10/20/2015 | P | COMPLAINT | |
| | 11/02/2015 | D | APPEARANCE<br>Appearance | |
| | 12/03/2015 | D | APPEARANCE<br>Appearance | |
| | 03/02/2016 | D | APPEARANCE<br>Appearance | |
| | 04/08/2016 | D | APPEARANCE<br>Appearance | |
| 100.30 | 10/20/2015 | P | RETURN OF SERVICE | No |
| 101.00 | 11/02/2015 | D | MOTION FOR EXTENSION OF TIME TO PLEAD<br>*RESULT:* Granted 11/17/2015 HON BERNARD GAFFNEY | No |
| 101.01 | 11/17/2015 | C | ORDER<br>*RESULT:* Granted 11/17/2015 HON BERNARD GAFFNEY | No |
| 102.00 | 12/03/2015 | P | SUPPLEMENTAL RETURN<br>of Service | No |
| 103.00 | 12/29/2015 | D | MOTION FOR EXTENSION OF TIME TO PLEAD<br>*RESULT:* Granted 1/13/2016 HON BERNARD GAFFNEY | No |
| 103.01 | 01/13/2016 | C | ORDER<br>*RESULT:* Granted 1/13/2016 HON BERNARD GAFFNEY | No |
| 104.00 | 12/30/2015 | D | MOTION FOR EXTENSION OF TIME TO PLEAD<br>*RESULT:* Granted 1/13/2016 HON BERNARD GAFFNEY | No |
| 104.01 | 01/13/2016 | C | ORDER<br>*RESULT:* Granted 1/13/2016 HON BERNARD GAFFNEY | No |
| 105.00 | 01/11/2016 | P | MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20<br>for Walnut Hill Management, LLC<br>*RESULT:* Granted 1/20/2016 BY THE CLERK | No |
| 105.01 | 01/20/2016 | C | ORDER<br>*RESULT:* Granted 1/20/2016 BY THE CLERK | No |
| 106.00 | 01/11/2016 | P | MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20<br>for TYTY LLC<br>*RESULT:* Granted 1/20/2016 BY THE CLERK | No |
| 106.01 | 01/20/2016 | C | ORDER<br>*RESULT:* Granted 1/20/2016 BY THE CLERK | No |
| 107.00 | 01/11/2016 | P | DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19<br>for Walnut Hill Inc. | No |
| 108.00 | 01/11/2016 | P | DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19<br>for Arayeh Platschek | No |
| 109.00 | 01/20/2016 | D | OBJECTION<br>To Demand for Disclosure of Defense #108<br>*RESULT:* Sustained 2/1/2016 HON INGRID MOLL | No |
| 109.01 | 02/01/2016 | C | ORDER<br>*RESULT:* Sustained 2/1/2016 HON INGRID MOLL | No |
| 110.00 | 01/21/2016 | D | OBJECTION<br>to Demand for Disclosure of Defense<br>*RESULT:* Sustained 2/8/2016 HON INGRID MOLL | No |
| 110.01 | 02/08/2016 | C | ORDER<br>*RESULT:* Sustained 2/8/2016 HON INGRID MOLL | No |
| 111.00 | 01/21/2016 | D | DISCLOSURE OF DEFENSE | No |
| 112.00 | 02/01/2016 | D | MOTION FOR EXTENSION OF TIME TO PLEAD | No |
| 112.01 | 02/16/2016 | C | | No |

| | | | | |
|---|---|---|---|---|
| | | | ORDER 📄<br>*RESULT*: Granted 2/16/2016 HON INGRID MOLL | |
| 113.00 | 03/03/2016 | D | MOTION TO STRIKE 📄<br>*RESULT*: Granted 5/9/2016 HON JOSEPH SHORTALL | Yes |
| 113.01 | 05/09/2016 | C | ORDER 📄<br>*RESULT*: Granted 5/9/2016 HON JOSEPH SHORTALL | No |
| 114.00 | 03/03/2016 | D | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE PB 10-40 📄 | No |
| 115.00 | 03/24/2016 | P | OBJECTION TO MOTION 📄<br>to Strike | No |
| 116.00 | 04/05/2016 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD 📄<br>Against Defendant TYTY LLC | No |
| 117.00 | 04/05/2016 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD 📄<br>Against Defendant Walnut Hill Inc. d/b/a Walnut Hill Care Center<br>*RESULT*: Denied 4/12/2016 BY THE CLERK | No |
| 117.01 | 04/12/2016 | C | ORDER 📄<br>*RESULT*: Denied 4/12/2016 BY THE CLERK | No |
| 118.00 | 04/06/2016 | D | REQUEST TO REVISE 📄<br>By Walnut Hill, Inc. | No |
| 119.00 | 04/12/2016 | D | OBJECTION TO MOTION FOR DEFAULT 📄<br>#116 | No |
| 120.00 | 04/13/2016 | P | APPLICATION FOR PREJUDGMENT REMEDY 📄<br>*RESULT*: Order 4/25/2016 HON JOSEPH SHORTALL | Yes |
| 120.01 | 04/25/2016 | C | ORDER 📄<br>*RESULT*: Order 4/25/2016 HON JOSEPH SHORTALL | No |
| 121.00 | 04/22/2016 | D | REPLY MEMORANDUM 📄<br>to Objection to Motion to Strike | No |
| 122.00 | 05/16/2016 | D | MOTION FOR NONSUIT FOR FAILURE TO PLEAD 📄 | No |
| 123.00 | 05/20/2016 | P | REVISED COMPLAINT 📄 | No |
| 124.00 | 06/07/2016 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD 📄<br>(ALL DEFENDANTS)<br>*RESULT*: Order 8/9/2016 HON JOSEPH SHORTALL | No |
| 124.01 | 08/09/2016 | C | ORDER 📄<br>*RESULT*: Off 8/9/2016 HON JOSEPH SHORTALL | No |
| 125.00 | 06/07/2016 | P | WITHDRAWAL OF MOTION 📄<br>FOR PREJUDGMENT REMEDY (DKT. #120) | No |
| 126.00 | 06/07/2016 | P | APPLICATION 📄<br>MOTION FOR PREJUDGMENT REMEDIES<br>*RESULT*: Rejected 6/8/2016 BY THE CLERK | No |
| 127.00 | 06/07/2016 | P | MOTION FOR DISCLOSURE OF ASSETS 📄 | Yes |
| 128.00 | 06/07/2016 | D | MOTION FOR EXTENSION OF TIME TO PLEAD 📄<br>to Revised Complaint | No |
| 129.00 | 06/09/2016 | P | APPLICATION FOR PREJUDGMENT REMEDY 📄<br>*RESULT*: Order 6/27/2016 HON JOSEPH SHORTALL | Yes |
| 129.01 | 06/27/2016 | C | ORDER 📄<br>*RESULT*: Order 6/27/2016 HON JOSEPH SHORTALL | No |
| 130.00 | 06/16/2016 | D | NOTICE OF BANKRUPTCY 📄<br>OF WALNUT HILL, INC. | No |
| 131.00 | 06/21/2016 | D | MOTION FOR EXTENSION OF TIME TO PLEAD 📄<br>*RESULT*: Granted 7/5/2016 HON BERNARD GAFFNEY | No |
| 131.01 | 07/05/2016 | C | ORDER 📄<br>*RESULT*: Granted 7/5/2016 HON BERNARD GAFFNEY | No |
| 132.00 | 06/27/2016 | D | MOTION FOR EXTENSION OF TIME TO PLEAD 📄 | No |
| 133.00 | 07/28/2016 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD 📄<br>Second motion as to Revised Complaint filed on May 20, 2016 | No |

| 134.00 | 08/09/2016 | D | MOTION TO DISMISS PB 10-30 🖺 | Yes |
| | | | *RESULT:* Off 9/26/2016 HON ROBERT YOUNG | |
| 134.01 | 09/26/2016 | C | ORDER 🖺 | No |
| | | | *RESULT:* Off 9/26/2016 HON ROBERT YOUNG | |
| 135.00 | 08/10/2016 | C | ORDER 🖺 | No |
| | | | *RESULT:* Order 8/10/2016 HON JAMES ABRAMS | |
| 136.00 | 08/24/2016 | D | MEMORANDUM IN SUPPORT OF MOTION 🖺 | No |
| | | | Motion to Dismiss | |
| 137.00 | 09/23/2016 | P | MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS PB 10-31 🖺 | No |
| 138.00 | 09/26/2016 | D | REPLY 🖺 | No |
| | | | Reply to Plaintiff's Memorandum in Opposition | |

| Scheduled Court Dates as of 02/15/2017 |
| HHB-CV15-6031063-S - HEALTHPRO THERAPY SERVICES, LLC v. WALNUT HILL INC. D/B/A WALNUT HILL CARE CENTER Et Al |

| # | Date | Time | Event Description | Status |
|---|------|------|-------------------|--------|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil⚖ or family⚖ standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up⚖ page and Short Calendars By Juris Number⚖ or By Court Location⚖.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | Educational/Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2017, State of Connecticut Judicial Branch

Page Created on 2/16/2017 at 8:50:50 AM

# EXHIBIT C

ORDER    427017

DOCKET NO: HHBCV156031063S                SUPERIOR COURT

HEALTHPRO THERAPY SERVICES, LLC          JUDICIAL DISTRICT OF NEW BRITAIN
    V.                                     AT NEW BRITAIN
WALNUT HILL INC. D/B/A WALNUT
HILL CARE CENTER Et Al                   8/10/2016

ORDER

The following order is entered in the above matter:

ORDER:

In view of recent developments in this case, the PJR hearing scheduled for 8/18/16 is hereby cancelled
and this matter is scheduled for a status conference with Judge Abrams on 8/24/16 at 2:00 pm.

Judicial Notice (JDNO) was sent regarding this order.

                    427017
                    _____

                    Judge: JAMES WILSON ABRAMS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:                                          :        CASE NO. 16-20960 (jjt)
                                                :
WALNUT HILL, INC.                               :
                                                :        CHAPTER 7
                                                :
               DEBTOR                           :
                                                :
HEALTHRPO THERAPY SERVICES, LLC                 :
        MOVANT                                  :
                                                :
V.                                              :
                                                :
WALNUT HILL, INC. and                           :
BONNIE C. MANGAN, TRUSTEE                        :
        RESPONDENTS                             :

## ORDER ON MOTION FOR RELIEF FROM STAY
## TO PURSUE DEBTOR'S NON-BANKRUPT ENTITIES

ORDERED, that the automatic stay provided in 11 U.S.C. Section 362(a) is modified

pursuant to 11 U.S.C. Section 362(d)(1) for cause to permit the Movant and/or their successors and

assignees, to pursue non-bankrupt entities in accordance with applicable non-bankruptcy law.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:                                    :        CASE NO. 16-20960 (jjt)
                                          :
WALNUT HILL, INC.                         :
                                          :        CHAPTER 7
                                          :
            DEBTOR                        :
                                          :        FEBRUARY 17, 2017

### NOTICE OF A CONTESTED MATTER RESPONSE DATE

Healthpro Therapy Services, LLC (the "Movant") has filed a Motion for Relief from the Automatic Stay to Pursue Debtor's Non-Bankrupt Entities (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **March 3, 2017**.*  In the absence of a timely filed response, the proposed order in the Contested Matter **may** enter without further notice and hearing, *see* 11 U.S.C. section 102(1).

Date: February 17, 2017

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

CREDITOR
HEALTHPRO THERAPY SERVICES, LLC

By:_____/s/_____
        Michael A. Carbone  (ct24425)
        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Blvd., 5th Floor
        Bridgeport, CT  06604
        Telephone: (203) 333-9441
        Facsimile: (203) 333-1489
        Email: mcarbone@znclaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (jjt) |
| | : | |
| WALNUT HILL, INC. | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |
| | : | FEBRUARY 17, 2017 |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on February 17, 2017, in accordance with applicable law, I served the following documents upon all entities entitled to notice by first class mail, postage prepaid or electronically as follows:

(1) a copy of the pleading initiating the contested matter, specifically:  a Motion for Relief from Stay to Pursue Debtor's Non-Bankrupt Entities;
(2) a copy of the Proposed Order thereto; and
(3) a Notice of Contested Matter Response Date.

Date:  February 17, 2017

## TO DEBTOR VIA REGULAR MAIL:

Walnut Hill, Inc.
27 Lincoln Street
Berlin, CT 06037
Attn:  Annemarie Griggs, President

## VIA ECF:

Joel M. Grafstein
Grafstein & Arcaro
10 Melrose Drive
Farmington, CT 06032
Email: jgrafstein@grafsteinlaw.com
(Debtor's Attorney)

Bonnie C. Mangan, Trustee
Law Office of Bonnie C. Mangan
1050 Sullivan Avenue
Suite A3
South Windsor, CT 06074
Email:  trusteemangan@yahoo.com

Lawrence S. Grossman
Hurwitz Sagarin Slossberg & Knuff, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460
Email: LGrossman@hssklaw.com
(Trustee's Attorney)

David C. Shufrin
Hurwitz Sagarin Slossberg & Knuff, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460
Email: dshufrin@hssklaw.com
(Trustee's Attorney)

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV

Holley L. Claiborn
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Email: holley.l.claiborn@usdoj.gov

Richard S. Gora
Gora LLC
30 Quarter Horse Drive
Monroe, Ct 06468
Email: rich@goralaw.com
(Counsel for Central Care Solutions)

Thomas A. Gugliotti
Updike, Kelly & Spellacy
100 Pearl Street
Hartford, CT 06123
Email: tgugliotti@uks.com
(Counsel for Grand Street Nursing, LLC and CT Finance 1 LLC)

Maria A. Santos
Office of the Attorney General
55 Elm Street
Hartford, CT 06141
Email: maria.santos@ct.gov
(Counsel for State of Connecticut Department of Revenue Services)

## TO CREDITORS VIA REGULAR MAIL:

ADP
P.O. Box 84287
Boston, MA 02284
Attn: Credit Dept.

Advanced Air Quality
357 East Columbus Avenue
Springfield, MA 01105-2555
Attn: Credit Dept.

Alliance Rehab of Connecticut, LLC
28100 Torch Parkway, Suite 600
Warrenville, IL 60555-3938
Attn: Tom Noesen

Apex Healthcare Systems
P.O. Box 3630
Akron, OH 44309-3630
Attn: Credit Dept.

Bioserv
10 Gramar Avenue
Prospect, CT 06712-1090
Attn: Credit Dept.

Career Builders
200 North LaSalle Street
Suite 100
Chicago, IL 60601-1084
Attn: Credit Dept.

Central Connecticut Communications
One Court Street, Fourth Floor
New Britain, CT 06051-2262
Attn: Credit Dept.

Accelerated Care Plus Leasing
P.O. Box 13828
Chicago, IL 60693-001
Attn: Credit Dept.

Aetna, Inc.
151 Farmington Avenue
Hartford, CT 06156-0002
Attn: Credit Dept.

Allscripts Healthcare
8529 Six Forks Road
Forum IV
Raleigh, NC 27615-2963
Attn: Credit Dept.

Apex Health Partners
21 Robert, Suite 210
Monsey, NY 10952-3618
Attn: Credit Dept.

Boston Mutual
120 Royall Street
Canton, MA 02021-1098
Attn: Credit Dept.

Central Big
60 St. Clair
Unit C
New Britain, CT 06051-1665
Attn: Credit Dept.

Central Co.
1 Court Street
New Britain, CT 06051-2262
Attn: Credit Dept.

Chestwold (TL), LLC
P.O. Box 54972
New Orleans, LA  70154-4972
Attn:  Credit Dept.

Accelerated Care Plus Leasing, Inc.
10910 Domain Dr., Suite 300
Austin, TX  78758-7807
Attn:  Credit Dept.

Aetna, Inc.
Stephanie C. Gratton-McGuireWoods, LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1683
Attn:  Credit Dept.

Anytime Sewer & Drain
16 Fuller Avenue
East Hartford, CT  06108
Attn:  Credit Dept.

Aryeh Platschek
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT  06001-4211

Central Connecticut Communications
1 Hartford Square
New Britain, CT  06052-1161
Attn:  Credit Dept.

City Oil
1 Hartford Sqaure #66
New Britain, CT  06052-1173
Attn:  Credit Dept.

City of New Britain
Attn:  Tax Collector
27 West Main Street
New Britain, CT  06051-2289

Comcast
P.O. Box 6505
Chelmsford, MA  01824-0905
Attn:  Credit Department

Connecticut Natural Gas
76 Meadow Street
East Hartford, CT  06108-3218
Attn:  Credit Department

EX Welding
600 East Street
New Britain, CT  06051-2132
Attn:  Manager

Estate of Donald Griggs
27 Lincoln Street
Berlin, CT  06037-1111
Attn:  Executor/Executrix

Fire Protection
1701 Highland Avenue #4
Cheshire, CT  06410
Attn:  Credit Department

Glastonbury Mechanical Corp.
P.O. Box 1403
Glastonbury, CT  06033-6403
Attn:  Credit Department

Granger
Dept. 8204
3150 Liberty Avenue
Pittsburgh, PA  15201-1416
Attn:  Credit Department

H&R Healthcare
1750 Oak Street
Lakewood, NJ  08701-5926
Attn:  Credit Department

Colbath Colors
42 Fennbro
West Hartford, CT  06119-2204
Attn:  Credit Department

Connecticare
P.O. Box 78
Philadelphia, PA  19178-0001
Attn:  Credit Department

Crowley Landscaping, LLC
75 Lowrey
Newington, CT  06131-7701
Attn:  Manager

Eagle Elevator
176 Norfolk Avenue
Boston, MA  02119-3024
Attn:  Credit Department

Eversource
P.O. Box 650032
Hartford, CT  06141
Attn:  Credit Department

Frontier Communications
19 John Street
Middletown, NY  10940-4918
Attn:  Bankruptcy Dept.

Gora LLC
30 Quarter Horse Drive
Monroe, CT  06468-1084
Attn:  Manager

Grandison Management
1413 38th Street
Brooklyn, NY  11218-3613
Attn:  Credit Department

Group Dynamic
411 US Route 1
Falmouth, ME  04105-1354
Attn:  Credit Department

HD Supply
P.O. Box 50
San Diego, CA  92150
Attn:  Credit Department

Comcast
P.O. Box 1577
Newark, NJ  07101-1577
Attn:  Credit Department

Connecticare
P.O. Box 416191
Boston, MA  02241-6191
Attn:  Credit Department

Crowley Landscaping, LLC
P.O. Box 310412
Newington, CT  06131-0412
Attn:  Manager

Earthlink
111 Trumbull Street
Hartford, CT  06103-2400
Attn:  Credit Department

Executive Computer Systems
365 Willard Avenue
Suite 2K
Newington, CT  06111-2388
Attn:  Credit Department

GE Capital
P.O. Box 64
Pittsburgh, PA  15230
Attn:  Credit Department

Grand Street Nursing LLC
c/o Rosenbaum & Associates, P.C.
4 Canaan Circle
South Salem, NY  10590-2518
Attn:  Manager

Grandview
55 Grand Street
New Britain, CT  06052-2121
Attn:  Credit Department

H&E Enterprise
120 Orchard Hill Road
Pomfret Center, CT  06259-2106
Attn:  Credit Department

HPC Foods
Dept. No. 385
P.O. Box 150473
Hartford, CT  06115-0473
Attn:  Credit Department

HPC Foodservice
625 Nutmeg Road North
South Windsor, CT  06074-2440
Attn:  Credit Department

Healthcare Services Group Inc.
3220 Tillman Drive #300
Bensalem, PA  19020-2028
Attn:  Matthew O'Hara

IPC Healthcare
4605 Lankershim Blvd., Suite 617
North Hollywood, CT  91602-1856
Attn:  Credit Department

Jeffrey A. Boccacio
158 Boston
Pomfret Center, CT  06259-9514

Julia D. Riedel Emfinger, Esq.
Greenberg Traurig
77 West Wacker Drive, Suite 3100
Chicago, IL  60601-4904

Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road
Suite 300
West Hartford, CT  06107-4216
Attn:  Managing Partner

M & N Party Store
P.O. Box 64784
Saint Paul, MN  55164-0784
Attn:  Manager

Marcum, LLP
555 Long Wharf Drive
12 Floor
New Haven, CT  06511-6104
Attn:  Managing Partner

Medline
30 Germantown Road, Suite 2
Danbury, CT  06810-5033
Attn:  Credit Department

Mobilex USA
930 Ridgebrook Road
3rd Floor
Sparks Glencoe, MD  21152-9481
Attn:  Credit Department

Harbor Linen
2 Foster Avenue
Gibbsboro, NJ  08026-1194
Attn:  Credit Department

IPC Healthcare
P.O. Box 84
Los Angeles, CA  90084-0001
Attn:  Credit Department

Jonathan M. Shapiro, Esq.
104 Court Street
Middletown, CT  06457-1515

Kathleen Gregory
307 Hillhur
New Britain, CT  06053

Robert Delfrino, Esq.
Law Office of Robert Delfrino
241 Asylum Street, 5th Floor
Hartford, CT  06103-1515

MONY Life
P.O. Box 6547
New York, NY  10249
Attn:  Credit Department

Matrixcare
10900 Hampshire Avenue South
Bin 32
Minneapolis, MN  55440-0032
Attn:  Credit Department

Medline Industries
One Medline Place
Mundelien, IL  60060-4496
Attn:  Bankruptcy Dept.

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3408
Attn:  Managing Partner

Hartford Safe and Lock
36 Silas Deane Highway
Wethersfield, CT  06109-1237
Attn:  Manager

Jacobi, Case & Speranzini
57 Plains Road, Suite 2B
Milford, CT  06461-2573
Attn:  Managing Partner

Joseph Cadena
210 Atkins
Meriden, CT  06450-3404

Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT  06026-9738
Attn:  Credit Department

LifeMed Pharmacy, LLC
c/o Bryan L. LeClerc, Esq.
75 Broad Street
Milford, CT  06460-3331

Medicanix
300 Nurney Street
Stamford, CT  06902
Attn:  Credit Department

Michael S. Baim, Esq.
The CKB Firm
30 North LaSalle Street, Suite 1520
Chicago, IL  60602-3387

New England Industrial Supply
127 Costello Road
Newington, CT  06111-5109
Attn:  Credit Department

Omnicare, Inc.
201 East 4th Street
Cincinnati, OH  45202-1513
Attn:  Credit Department

Paquette Electric Co., Inc.
368 Killingly Road
Pomfret Center, CT  06259-2215
Attn:  Credit Department

Parkside Rehabilitation & Healthcare Center,
LLC
55 Grand Street
New Britain, CT  06052-2021
Attn:  Credit Department

Patriot Pest Solutions, LLC
P.O. Box 1479
Wallingford, CT  06492-1079
Attn:  Credit Department

Procaire
77 Summit Street
Manchester, CT  06040-4218
Attn:  Credit Department

RJ Mase
P.O. Box 20
1 Testa Place
Norwalk, CT  06854-4660
Attn:  Credit Department

Roberts Business Machines
676 Tolland Street
East Hartford, CT  06108-2728
Attn:  Credit Department

Sentimental Productions
P.O. Box 14
Cincinnati, OH  45250
Attn:  Credit Department

Shred-It
P.O. Box 13574
New York, NY  10087-0001
Attn:  Credit Department

Silver Streak Logistics
3012 Avenue L
Brooklyn, NY  11201-4737
Attn:  Credit Department

Seton Identification Products
P.O. Box 95
Chicago, IL  60694-0001
Attn:  Credit Department

Siegel O'Connell
150 Trumbull Street
Hartford, CT  06103-2403
Attn:  Manager

Paquette Electrical Co.
P.O. Box 15
Pomfret Center, CT  06259-0015
Attn:  Credit Department

Paradigm Management
177 Whitewood Road
Waterbury, CT  06708-1545
Attn:  Manager

Patriot Pest Solutions
P.O. Box 14
2 Birch Drive
Wallingford, CT  06492-5211
Attn:  Manager

Precision Mechanical
P.O. Box 81
Manchester, CT  06045-0081
Attn:  Credit Department

Proline
Dept. 385
P.O. Box 150473
Hartford, CT  06115-0473
Attn:  Credit Department

Raintech Sound & Communications
250 Sheldon Road
Manchester, CT  06042-2321
Attn:  Credit Department

Scott M. Kraimer
Judicial Marshal
P.O. Box 271621
West Hartford, CT  06127-1621

Shred-It
P.O. Box 13
New York, NY  10087-0001
Attn:  Credit Department

SigmaCare
575 8th Avenue, 15th Floor
New York, NY  10018-3175
Attn:  Credit Department

Stern Therapy Consultants
23 Robert Pitt Drive, Suite 110
Monsey, NY  10952-3372
Attn:  Credit Department

TL Management, LLC
2017 Flatbush Avenue, Suite 22
Brooklyn, NY  11234-4340
Attn:  Credit Department

U.S. Lab & Radiology
P.O. Box 84527
Boston, MA  02284-5127
Attn:  Credit Department

United Electrical Service
P.O. Box 15
Simsbury, CT  06070-0015
Attn:  Credit Department

Walnut Hill Management Company, LLC
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT 06001-4211

Oncare Services
7 Lois Lane
Money, NY 10952-1213
Attn: Credit Department

Paradigm Healthcare Development, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808-1645
Attn: Manager

Parkside Rehabilitation and Healthcare Center
c/o Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pear Street/P.O. Box 231277
Hartford, CT 06123

Xerox Finance
P.O. Box 20
Dallas, TX 75320-0001
Attn: Credit Department

Strings of Hope
24A Curtiss Street
Bristol, CT 06010-3503
Attn: Credit Department

THOCC
P.O. Box 1264
Glastonbury, CT 06033-6264
Attn: Credit Department

TYTY, LLC
c/o Richard Case, Esq.
10 Tower Lane
Avon, CT 06001-4211
Attn: Credit Department

Tunic Capital
2017 Flatbush Avenue
Brooklyn, NY 11234-4340
Attn: Credit Department

U.S. Security Associates
P.O. Box 93
Atlanta, GA 31193-0001
Attn: Credit Department

VI Facility
1022 Elm Street
Rocky Hill, CT 06067-1809
Attn: Credit Department

Wells Fargo Vendor Financial Services, LLC
1010 Thomas Edison Blvd. SW
Cedar Rapids, LA 52404-8247
Attn: Credit Department

Wright Express
225 Gorham Road
South Portland, ME 04106-2408
Attn: Credit Department

Symphony Diagnostic Services d/b/a Mobilex
c/o David Wacksman, Esq.
777 Terrace Avenue, Suite 303
Hasbrouck Heights, NJ 07604-3112

THOCC
P.O. Box 41
Boston, MA 02241-0001
Attn: Credit Department

The Benefit Center
40 Corporate Avenue
Plainville, CT 06062-1195
Attn: Credit Department

United Ad Label
P.O. Box 84
300 Lang Blvd.
Grand Island, NY 14072-3122
Attn: Credit Department

Precision Dynamics
P.O. Box 71
Chicago, IL  60694-0001
Attn:  Credit Department

Proline
625 Nutmeg Road North
South Windsor, CT  06074-2440
Attn:  Credit Department

Value Health Care Services, LLC
525 Knotter Drive
Cheshire, CT  06410-1100
Attn:  Credit Department


William E. Johnson, MSW
P.O. Box 13
Belchertown, MA  01007-0013

Xerox Finance
45 Glover Avenue
Norwalk, CT  06850-1238
Attn:  Credit Department

RT Capobianco Plumbing
51 Williams Street
Hartford, CT  06120-2836
Attn:  Manager/Owner

Rosenbaum & Associates, P.C.
4 Canaan Circle
South Salem, NY  10590-2518
Attn:  Manager

Wound Healing Technology
3611 14th Street
Brooklyn, NY  11218-3773
Wound Healing Technology


CREDITOR
HEALTHPRO THERAPY SERVICES, LLC

By:_____/s/_____
       Michael A. Carbone  (ct24425)
       ZELDES, NEEDLE & COOPER, P.C.
       1000 Lafayette Blvd., 5th Floor
       Bridgeport, CT  06604
       Telephone:  (203) 333-9441
       Facsimile:  (203) 333-1489
       Email:  mcarbone@znclaw.com