# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 9, 2017

In re:
    Walnut Hill, Inc.
                            Debtor*

Case Number: 16–20960 jjt
Chapter: 7

Healthpro Therapy Services, LLC, Creditor
Movant(s)

v.

Walnut Hill, Inc., Debtor(s)
Bonnie C. Mangan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Healthpro Therapy Services, LLC, Creditor (the "Movant"), filed a Motion for Relief from Stay (the "Motion", ECF No. 64).   After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

      ORDERED: The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C § 362(d)(1) to permit the Movant and/or their succesors and assignees, to exercise their rights, if any, with respect to non–bankrupt entities in pending State Court Action HHB–CV–15–6031063–S, in accordance with applicable non–bankruptcy law.

Dated: March 9, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – lbw

*For the purposes of this order, "Debtor" means "Debtors" where applicable.