# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 22, 2017

In re:
    Walnut Hill, Inc.

                Debtor*

Case Number: 16–20960 jjt
Chapter: 7

## ORDER AUTHORIZING RULE 2004 EXAMINATION

      Upon consideration of the Motion seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of Aryeh Platschek, (the "Motion", ECF No. 79), filed by The Trustee (the "Movant"), after notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

      **ORDERED:** The Movant may examine Aryeh Platschek pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

      **ORDERED:** The attendance of any witness(es) and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, *see also* Fed R. Bankr. P. 2004(c); and it is further

      **ORDERED:** The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties .

Dated: June 22, 2017                                                                        BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 117 – kv

*For the purposes of this order, "Debtor" means "Debtors" where applicable.