# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 15, 2017

In re:
    Walnut Hill, Inc.

                    Debtor*

Case Number: 16–20960 jjt
Chapter: 7

### ORDER APPROVING APPLICATION TO EMPLOY

    Pursuant to 11 U.S.C. § 327, Bonnie C. Mangan, Trustee (the "Applicant"), filed an Application to Employ Hurwitz, Sagarin, Slossberg & Knuff, LLC as Special Counsel on August 10, 2017, (ECF No. 95).  After notice and a hearing, it is hereby

    **ORDERED:** The Application to Employ Hurwitz, Sagarin, Slossberg & Knuff, LLC as Special Counsel is APPROVED; and it is further

    **ORDERED:** Any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

    **ORDERED:** The allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§§ 328, 330 and/or 331.

Dated: September 15, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 157 – lbw

*For the purposes of this order, "Debtor" means "Debtors" where applicable.