# EXHIBIT A

**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**
Attorneys at Law
147 North Broad Street
Milford, Connecticut 06460
Tel. 203-877-8000 * Fax. 203-878-9800
www.hssklaw.com

|  |  |
|---|---|
| Bonnie Mangan | Page: 1 |
| Westview Office Park | 10/31/2017 |
| 1050 Sullivan Avenue, Suite A3 | CLIENT NO:    8917-001M |
| South Windsor  CT  06074 | INVOICE NO:    245612 |

Walnut Hill, Inc.

**DRAFT STATEMENT**

**FEES**

| Date | Description | HOURS | |
|---|---|---|---|
| 08/22/2016 | Review Walnut Hill bankruptcy docket regarding potential engagement | 0.60 | N/C |
| 08/23/2016 | Pull schedules regarding conflict check for Walnut Hill retention | 0.20 | N/C |
| 09/28/2016 | Review application, L. Grossman affidavit and proposed order | 0.40 | 160.00 |
| 10/13/2016 | Review e-mail from U.S. Trustee's office to B. Mangan re: retention of Hurwitz, Sagarin, Slossberg & Knuff; telephone conference with B. Mangan re: retention issues | 0.40 | 160.00 |
|  | Telephone conference with B. Mangan re: retention as Trustee's counsel | 0.30 | 120.00 |
| 10/21/2016 | Redline application and order to retain Hurwitz Sagarin Slossberg & Knuff | 0.30 | 120.00 |
| 10/24/2016 | E-mail from U.S. Trustee's office re: Walnut Hill retention | 0.10 | 40.00 |
| 10/25/2016 | Revise application to retain Hurwitz Sagarin Slossberg & Knuff and revise order | 0.30 | 120.00 |
|  | E-mails with H. Claiborn at U.S. Trustee's office | 0.20 | 80.00 |
|  | Telephone conference with C. Persing and C. Phillipps re: Estate's potential Chapter 5 claims | 0.70 | 280.00 |
| 10/27/2016 | E-mails with U.S. Trustee's Office re: retention order | 0.20 | 80.00 |
| 11/04/2016 | Review order on application to employ Hurwitz, Sagarin, |  |  |

|  |  |  | Page: 2 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | Slossberg and Knuff | 0.10 | 40.00 |
| 11/07/2016 | E-mails with C. Phillips and C. Persing re: securing Debtor's financial data | 0.20 | 80.00 |
| 11/08/2016 | Draft subpoenas to Wells Fargo and Webster Bank re: debtor's bank statements | 0.30 | 120.00 |
|  | E-mails with trustee's accountants re: fraudulent transfer issues | 0.20 | 80.00 |
| 11/22/2016 | Review e-mail from C. Phillips re: additional documents required to prepare tax returns for debtor | 0.20 | 80.00 |
| 11/29/2016 | Telephone conference with B. Mangan re: response to subpoena to Wells Fargo | 0.10 | 40.00 |
|  | Telephone conference with D. Tait at Webster Bank re: subpoena | 0.20 | 80.00 |
|  | E-mail with Webster Bank and B. Mangan re: subpoena compliance | 0.20 | 80.00 |
| 12/02/2016 | E-mail to B. Mangan re: Webster Bank subpoena | 0.10 | 40.00 |
|  | Review the debtor's schedules/docket re: potential Chapter 5 claims | 1.30 | 520.00 |
| 12/05/2016 | E-mails with C. Phillips re: subpoenas issued to banks | 0.10 | 40.00 |
|  | Telephone conference with C. Phillips re: need to subpoena documents from third parties | 0.20 | 80.00 |
|  | Telephone conference with C. Phillips re: subpoenas | 0.20 | 80.00 |
|  | E-mails with B. Mangan re: authorization to Webster Bank to produce documents | 0.20 | 80.00 |
| 12/13/2016 | Review Wells Fargo production of documents | 1.30 | 520.00 |
|  | Review Webster Bank production of documents | 1.70 | 680.00 |
| 12/14/2016 | Further review of Webster Bank statements | 0.70 | 280.00 |
| 12/15/2016 | Telephone conference with C. Phillips at Bederson re: subpoenaed bank statements | 0.20 | 80.00 |
|  | Identify potential Preference defendants based upon bank statements | 0.60 | 240.00 |
|  | Review state court docket re: execution issued in favor of Valley Health Care | 0.20 | 80.00 |
|  | E-mail to B. Mangan re: Valley Health Care bank execution and evidence of deduction from debtor's bank account | 0.20 | 80.00 |
|  | Telephone conference with B. Mangan re: pursuing Valley Health Care | 0.20 | 80.00 |

|  |  |  | Page: 3 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | Telephone conference with C. Phillips re: Preference actions | 0.20 | 80.00 |
|  | Draft form demand letter for use in Preference matters | 0.40 | 160.00 |
| 12/16/2016 | Edit Preference demand letter | 0.20 | 80.00 |
| 12/20/2016 | Review potential fraudulent transfer claim | 0.60 | 240.00 |
| 12/21/2016 | Review Wells Fargo bank statements | 0.80 | 320.00 |
| 12/28/2016 | Work on preference fraudulent transfer complaint v. Value Health Care | 1.80 | 720.00 |
| 01/13/2017 | Review Walnut Hill's bank statements | 1.80 | 720.00 |
|  | Review Operations Transfer Surrender Agreement | 1.00 | 400.00 |
|  | Review debtor's schedules and list of 90 day transfers | 0.30 | 120.00 |
| 01/23/2017 | Review Bederson's preference and insider transfer analysis | 2.00 | 800.00 |
| 01/24/2017 | Continue review of Preference and insider payment analysis | 1.80 | 720.00 |
|  | Review certain subpoenaed bank statements | 0.60 | 240.00 |
|  | Begin preparation of 2004 applications | 0.50 | 200.00 |
| 01/30/2017 | Review prior subpoenas re: additional records requested by Bederson | 0.40 | 160.00 |
|  | Review documents produced by banks (other than account statements) | 1.00 | 400.00 |
| 01/31/2017 | Telephone conference with M. Case, counsel to Walnut Hill in Value Health state court action | 0.30 | 120.00 |
| 02/03/2017 | Review preference/fraudulent transfer report and schedules prepared by Bederson | 1.50 | 600.00 |
| 02/17/2017 | Review Healthpro complaint v. A. Platschek and others | 0.80 | 320.00 |
| 03/03/2017 | Edit complaint v. Value Health re: constructive fraud allegations | 0.70 | 280.00 |
| 03/10/2017 | Research issues re: ability to claim Preference re: state marshal execution fee | 1.00 | 400.00 |
| 03/13/2017 | Research basis for action v. state marshal/constructive fraud | 0.80 | 320.00 |
|  | Review Bederson tax letter to J. Grafstein | 0.10 | 40.00 |

|  |  |  | Page: 4 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | Edit Value Health complaint | 0.50 | 200.00 |
| 03/29/2017 | Review Bedersen material re: potential targets of 2004 exams | 0.60 | 240.00 |
|  | Work on 2004 template | 0.40 | 160.00 |
| 04/05/2017 | Further research re: whether state marshal can be deemed transferee of Value Health | 0.30 | 120.00 |
|  | Research causes of action v. state marshal re: fee | 0.40 | 160.00 |
| 04/07/2017 | Work on 2004 motions | 0.60 | 240.00 |
| 04/11/2017 | Review supplemental documents produced by Wells Fargo | 0.30 | 120.00 |
|  | Review initial draft complaint of Value Health and outline new allegations re: state marshal | 0.80 | 320.00 |
| 04/12/2017 | Research potential claims re: wrongful execution and immunity issues | 0.70 | 280.00 |
|  | E-mails with B. Mangan re: breakdown of transfers from Walnut Hill account re: Value Health judgment | 0.30 | 120.00 |
|  | Draft demand letters for trustee to send to Value Health and Marshal Kraimer | 0.40 | 160.00 |
| 04/13/2017 | E-mails with B. Mangan re: Value Health and Kraimer | 0.10 | 40.00 |
| 04/19/2017 | E-mail from B. Mangan re: Kraimer v. Value Health responses to demand letter | 0.20 | 80.00 |
|  | Review stipulation/execution and payment demand from state marshal and note irreconcilable discrepancies | 0.40 | 160.00 |
|  | Review and edit working draft of Value Health and Kraimer complaint | 0.40 | 160.00 |
| 04/24/2017 | Work on Value Health and Kraimer complaint | 1.00 | 400.00 |
| 04/25/2017 | Telephone conference with J. Shapiro, counsel to Value Health | 0.20 | 80.00 |
|  | Work on revisions to complaint v. Value Health and S. Kraimer | 0.80 | 320.00 |
| 04/26/2017 | Work on Value Health and Kraimer complaint | 0.50 | 200.00 |
| 04/27/2017 | Complete re-draft of Value Health and S. Kraimer complaint | 1.50 | 600.00 |
| 05/03/2017 | Research residence address for S.M. Kraimer | 0.20 | 80.00 |
|  | Telephone conference with S. Kraimer re: residence |  |  |

Bonnie Mangan

Walnut Hill, Inc.

Page: 5
10/31/2017
CLIENT NO:  8917-001M
INVOICE NO:    245612

| Date | Description | HOURS | Amount |
|---|---|---|---|
| | address and filing of complaint | 0.20 | 80.00 |
| | Edit preference/fraudulent transfer complaint Value Health and S. Kraimer | 0.50 | 200.00 |
| 05/16/2017 | Conference with J. Shapiro re: potential settlement of preference claims v. Value Health | 0.20 | 80.00 |
| 05/17/2017 | E-mails with Bederson & Co. as trustee re: preference/fraudulent transfer analysis | 0.20 | 80.00 |
| 05/18/2017 | E-mails with C. Phillips at Bedersen | 0.20 | 80.00 |
| | Telephone conference with J. Shapiro re: settlement with Value Health | 0.30 | 120.00 |
| | Calculate what proper amount of stipulated judgment, interest and marshal's fees should have been, absent defendants' errors | 0.40 | 160.00 |
| | Telephone conference with B. Mangan re: settlement authority re: Value Health and S. Kraimer | 0.30 | 120.00 |
| | Telephone conference with J. Shapiro re: specific settlement amount approved by trustee, with explanation of errors in judgment | 0.40 | 160.00 |
| | E-mail to trustee memorializing demand to Value Health | 0.20 | 80.00 |
| | Telephone conference with S. Kraimer re: settlement | 0.20 | 80.00 |
| 05/22/2017 | Review and edit motion to amend scope of retention | 0.30 | 120.00 |
| | Review Bederson analysis re: transfers and potential recoveries of debtor | 1.20 | 480.00 |
| 05/23/2017 | Telephone conference with B. Mangan, D. Shufrin, C. Persing and C. Phillips re: strategy for prosecuting claims | 1.50 | 600.00 |
| | Review Bederson preference analysis and report re: missing required financial data | 1.20 | 480.00 |
| 05/24/2017 | Review information re: addresses and corporate filings with targets of Rule 2004 motions | 0.30 | 120.00 |
| 05/25/2017 | Prepare 2004 motions re: Clark, Platschek and Walnut Hill Mgmt | 0.50 | 200.00 |
| 05/30/2017 | Review Bederson report re: next set of Rule 2004 motions | 0.40 | 160.00 |
| 05/31/2017 | Finalize 2004 motions and orders re: R. Clark, A. Platschek and Walnut Hill Management | 0.40 | 160.00 |
| | Begin drafting additional motions for Rule 2004 examinations on behalf of trustee | 1.40 | 560.00 |

Bonnie Mangan

Walnut Hill, Inc.

Page: 6
10/31/2017
CLIENT NO: 8917-001M
INVOICE NO: 245612

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | HOURS | |
| 06/01/2017 | Begin drafting amended complaint against Value Health re: excess execution | 0.80 | 320.00 |
| 06/02/2017 | Telephone conference with R. DeFrino re: R. Clark 2004 Exam | 0.20 | 80.00 |
| 06/05/2017 | Telephone conference with G. Tolomeo re: service on wrong R. Clark | 0.20 | 80.00 |
| 06/06/2017 | Search internet for address for proper R. Clark; emails with C. Phillips re: same | 0.40 | 160.00 |
| | Telephone conference with C. Phillips | 0.20 | 80.00 |
| | Telephone conference with R. DeFrino | 0.20 | 80.00 |
| 06/08/2017 | E-mail from M. Frankel, Esq. re: Platschek 2004 Exam | 0.10 | 40.00 |
| | Telephone conference with C. Phillips | 0.30 | 120.00 |
| 06/13/2017 | E-mail to M. Frankel re: A. Platschek | 0.10 | 40.00 |
| | E-mail to M. Frankel re: A. Platschek | 0.10 | 40.00 |
| | Telephone conference with R. DeFrino | 0.20 | 80.00 |
| | Telephone conference with J. Shapiro re: status of Value Health review of trustee's settlement demand | 0.20 | 80.00 |
| | Telephone conference with G. Piecuch (2 times) re: R. clark | 0.30 | 120.00 |
| | Draft motion for default re: S. Kraimer | 0.20 | 80.00 |
| | Prepare withdrawal of motion for 2004 exam of R. Clark | 0.20 | 80.00 |
| | Telephone conference with R. DeFrino re: contact information/address for R. Clark | 0.20 | 80.00 |
| | Telephone conference with G. Piecuch (2 times) re: address for R. Clark | 0.30 | 120.00 |
| 06/15/2017 | Prepare amended motion for 2004 Exam of R. Clark | 0.10 | 40.00 |
| 06/16/2017 | Telephone conference with J. Shapiro re: settlement with Value Health | 0.30 | 120.00 |
| 06/19/2017 | Telephone conference with J. Shapiro re: settlement of claims v. Value Health | 0.30 | 120.00 |
| 06/20/2017 | Draft e-mail to B. Mangan re: Value Health settlement offer | 0.20 | 80.00 |
| | Telephone conference with J. Shapiro re: settlement with Value Health | 0.30 | 120.00 |
| | Obtain Department of Defense document re: L. Grossman affidavit re: S. Kraimer military service | 0.30 | 120.00 |
| | E-mails with J. Shapiro re: POC sought by Value Health | 0.20 | 80.00 |

|  |  |  | Page: 7 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

| Date | Description | HOURS | |
|---|---|---|---|
| 06/21/2017 | Telephone conference with B. Mangan re: Value Health counter-offer and trustee's response | 0.40 | 160.00 |
|  | Draft military affidavit re: S. Kraimer | 0.20 | 80.00 |
| 06/22/2017 | Telephone conference with S. Kraimer; telephone message left with A. Bento | 0.20 | 80.00 |
|  | Telephone conference with D. Lavenburg re: Kroll, McNamara representation of Walnut Hill, Inc. prepetition; e-mail re: same | 0.20 | 80.00 |
|  | Telephone conference with J. Shapiro re: trustee counter-offer to Value Health | 0.20 | 80.00 |
|  | Review Platschek and Walnut Management Rule 2004 orders | 0.20 | 80.00 |
|  | Review e-mail and attached letter from D. Lavenburg, counsel to R. Clark | 0.20 | 80.00 |
|  | Work on Platschek and Walnut Hill Management subpoenas | 0.70 | 280.00 |
| 06/26/2017 | Telephone message to A. Bento, counsel to S. Kraimer | 0.10 | 40.00 |
|  | E-mail/telephone message to C. Miller re: R. Clark 2004 exam | 0.20 | 80.00 |
|  | E-mails with J. Shapiro re: timing of Value Health's response to trustee's counteroffer | 0.20 | 80.00 |
|  | Continue work on Platschek subpoena | 0.50 | 200.00 |
| 06/27/2017 | Telephone conference with J. Shapiro re: Value Health agreement to disgorge full preference | 0.30 | 120.00 |
|  | Telephone conference with C. Miller re: R. Clark 2004 exam | 0.20 | 80.00 |
|  | E-mails with Trustee re: Value Health settlement | 0.10 | 40.00 |
|  | E-mail from C. Miller re: R. Clark examination | 0.10 | 40.00 |
| 06/28/2017 | Supplement Platschek and Walnut Hill Management Co. subpoenas | 0.80 | 320.00 |
| 06/29/2017 | Final edits to Exhibit A to 2004 Exam Subpoena; review information re: Pearl Staffing | 0.40 | 160.00 |
|  | Review 2004 motion papers re: Paradigm | 0.30 | 120.00 |
| 06/30/2017 | Work on Value Health 9019 motion and proposed order | 1.60 | 640.00 |
|  | E-mails with C. Miller re: R. Clark examination | 0.20 | 80.00 |
|  | Review Platschek notice of examination; review and edit Exhibit A to Walnut Hill Management Co. subpoena | 0.40 | 160.00 |
|  | E-mail to J. Shapiro re: Value Health 9019 motion and order | 0.10 | 40.00 |

|  | Bonnie Mangan | | Page: 8 |
|---|---|---|---|
|  |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
|  | Walnut Hill, Inc. | | |

|  |  | HOURS |  |
|---|---|---|---|
| 07/05/2017 | Complete draft 9019 motion re: Value Health | 1.70 | 680.00 |
|  | E-mails with M. Frankel re: scheduling Platschek and WHMC 2004 exams | 0.20 | 80.00 |
| 07/06/2017 | Edit Value Health 9019 motion | 0.60 | 240.00 |
|  | E-mails with M. Frankel re: scheduling of Platschek and WHMC 2004 examinations | 0.30 | 120.00 |
|  | Telephone conference with B. Mangan re: facts concerning transfers of debtor's property to state marshal/Value Health | 0.30 | 120.00 |
|  | E-mail, with draft 9019 motion and order, re: Value Health to J. Shapiro | 0.20 | 80.00 |
|  | Telephone conference with B. Mangan re: 2004 exams re: debtor's records | 0.30 | 120.00 |
| 07/07/2017 | Telephone conference with J. Shapiro re: proposed edits to 9019 order/motion re: Value Health | 0.30 | 120.00 |
|  | Edit draft settlement pleadings re: Value Health per telephone conference with J. Shapiro | 0.30 | 120.00 |
|  | Review final subpoenas to Platschek and WHMC and prepare notices with intent to take 2004 examination | 0.40 | 160.00 |
|  | E-mails with M. Frankel confirming service and acceptance of subpoenas | 0.20 | 80.00 |
| 07/17/2017 | Draft motion for continuance of pre-trial conference (Value Health/Kraimer) | 0.30 | 120.00 |
|  | E-mails with M. Frankel re: acceptance of service of subpoenas | 0.20 | 80.00 |
| 07/18/2017 | E-mails with M. Frankel re: acceptance of subpoenas re: Platschek and WHMC | 0.20 | 80.00 |
|  | Prepare draft order re: motion for continuance of Value Health/Kraimer pre-trial | 0.10 | 40.00 |
|  | Review notice of hearing re: 9019 motion with Value Health | 0.10 | 40.00 |
| 07/20/2017 | E-mail copy of R. Clark 2004 order to counsel | 0.10 | 40.00 |
|  | E-mails with T. Gugliotti (Parkside) re: dates of 2004 examinations | 0.20 | 80.00 |
|  | Telephone conference with C. Miller re: R. Clark 2004 examinations and subpoena | 0.20 | 80.00 |
| 07/21/2017 | Finalize subpoena and notice of intent to examine R. Clark | 0.30 | 120.00 |
|  | E-mails with C. Miller finalizing details of R. Clark examination and acceptance of service of subpoena | 0.30 | 120.00 |
|  | Finalize motion for 2004 examination of Paradigm Management | 0.30 | 120.00 |

|  |  |  | Page: 9 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

| Date | Description | HOURS | |
|---|---|---|---|
| 07/25/2017 | Finalize notice of 2004 exam of R. Clark | 0.20 | 80.00 |
| 07/31/2017 | E-mail from C. Miller re: R. Clark 2004 exam | 0.10 | 40.00 |
| 08/01/2017 | E-mails with counsel re: time of R. Clark Rule 2004 exam | 0.20 | 80.00 |
| 08/02/2017 | E-mails with B. Mangan re: getting W-9 for Value Health | 0.20 | 80.00 |
| 08/08/2017 | Review UST proposed edits to revised/supplemental application to retain Hurwitz Sagarin Slossberg & Knuff | 0.20 | 80.00 |
|  | Review deficiency notice re: motion for 2004 exam (Paradigm) | 0.10 | 40.00 |
| 08/10/2017 | Review and file amended 2004 motion re: Paradigm | 0.20 | 80.00 |
| 08/11/2017 | E-mails with B. Mangan re: whether Value Health made settlement payment | 0.20 | 80.00 |
|  | Review Walnut Hill bank account statements from Webster Bank and Wells Fargo re: preparation for R. Clark 2004 exam | 0.70 | 280.00 |
| 08/14/2017 | Review disks sent over by Bederson with debtor's records | 2.30 | 920.00 |
|  | E-mails with T. Gugliotti and C. Phillips re: R. Clark 2004 Exam | 0.20 | 80.00 |
|  | Telephone conference with M. Frankel re: Platschek failure to produce documents | 0.20 | 80.00 |
|  | Telephone conference with C. Phillips re: conference call with A. Griggs | 0.20 | 80.00 |
|  | Listen to Debtor's 341 meeting | 0.60 | 240.00 |
|  | Review documents and prepare R. Clark 2004 Exam outline | 2.60 | 1,040.00 |
|  | E-mails with J. Shapiro re: Value Health payment in advance of 9019 hearing | 0.20 | 80.00 |
| 08/15/2017 | E-mails with J. Shapiro re: Value Health settlement payment | 0.10 | 40.00 |
|  | Telephone conference with J. Shapiro re: Value Health settlement payment | 0.20 | 80.00 |
|  | 2004 Examination of R. Clark | 2.70 | 1,080.00 |
|  | E-mail from M. Frankel re: Platschek/WHMC production in advance of 2004 Exam | 0.10 | 40.00 |
|  | Telephone conference with B. Mangan re: Value Health payment | 0.20 | 80.00 |
|  | E-mails with J. Shapiro re: part of settlement by Value Health | 0.20 | 80.00 |
|  | Telephone conference with J. Shapiro re: payment by |  |  |

|  |  |  |  |
|---|---|---|---|
| Bonnie Mangan | | | Page: 10 |
| | | | 10/31/2017 |
| | | CLIENT NO: | 8917-001M |
| | | INVOICE NO: | 245612 |
| Walnut Hill, Inc. | | | |

|  |  | HOURS |  |
|---|---|---:|---:|
| | Value Health | 0.20 | 80.00 |
| 08/16/2017 | Draft motion for default judgment re: S. Kraimer, with exhibits | 2.20 | 880.00 |
| | Review 9019 motion and order re: Value Health to prepare for August 17, 2017 hearing | 0.80 | 320.00 |
| | Telephone conference with M. Frankel re: Platschek/WHMC production | 0.20 | 80.00 |
| | Review M. Frankel response to Platschek subpoena | 0.40 | 160.00 |
| | E-mails with M. Frankel re: HIPPA issues with document production | 0.20 | 80.00 |
| 08/17/2017 | Hearing on 9019 motion re: Value Health | 4.30 | 1,720.00 |
| | E-mail to T. Gugliotti re: Platschek/WHMC 2004 Exam | 0.10 | 40.00 |
| | Review documents from Platschek/WHMC | 0.70 | 280.00 |
| 08/21/2017 | E-mails with M. Frankel confirming no 2004 exam of Platschek/WHMC on August 27, 2017 | 0.10 | 40.00 |
| | Review documents produced by Platschek/WHMC | 2.00 | 800.00 |
| 08/22/2017 | Begin research of HIPAA regulations re: motion for protective order | 0.30 | 120.00 |
| 08/24/2017 | Research federal regulations re: production and use of protected health information and draft motion for qualified protective order, along with proposed order and acknowledgement | 2.60 | 1,040.00 |
| | Check C.F.R.; edit motion for protective order | 0.30 | 120.00 |
| | Draft acknowledgement for receipt of private information | 0.20 | 80.00 |
| | E-mails with M. Frankel re: draft motion for protective order | 0.20 | 80.00 |
| 08/25/2017 | Finalize motion for protective order and acknowledgement | 0.20 | 80.00 |
| 08/30/2017 | Telephone conference with J. Burns re: motion for judgment v. S. Kraimer | 0.20 | 80.00 |
| 08/31/2017 | E-mail to J. Burns | 0.10 | 40.00 |
| 09/01/2017 | Telephone conference with J. Burns re: motion for judgment v. S. Kraimer | 0.30 | 120.00 |
| 09/06/2017 | E-mails with C. Miller re: R. Clark 2004 transcript | 0.10 | 40.00 |
| 09/07/2017 | Telephone conference with J. Burns re: motion for default judgment v. Kraimer | 0.30 | 120.00 |

|  |  |  | Page: 11 |
|---|---|---|---|
| Bonnie Mangan |  |  | 10/31/2017 |
|  |  | CLIENT NO: | 8917-001M |
|  |  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |  |

| Date | Description | HOURS | Amount |
|---|---|---|---|
| 09/11/2017 | E-mails with J. Burns re: S. Kraimer | 0.20 | 80.00 |
|  | Review Platschek document production | 1.00 | 400.00 |
| 09/12/2017 | Telephone conference with J. Burns re: claims v. S. Kraimer | 0.50 | 200.00 |
|  | Telephone conference with J. Burns | 0.30 | 120.00 |
|  | Review evidence appended to motion for default judgment v. Kraimer | 0.40 | 160.00 |
|  | Research cases discussing "good cause" re: setting aside judgment | 0.70 | 280.00 |
| 09/13/2017 | Review S. Kraimer motion to vacate default | 0.20 | 80.00 |
|  | Research standard for vacating default under Rule 55 | 0.80 | 320.00 |
|  | Prepare for argument on motion for default judgment v. S. Kraimer | 0.70 | 280.00 |
| 09/14/2017 | Attend hearing re: motion for default judgment v. S. Kraimer | 3.30 | 1,320.00 |
| 09/28/2017 | Review S. Kraimer memorandum of law in support of motion to set aside default | 0.50 | 200.00 |
|  | Review protective order re: Hipaa | 0.10 | 40.00 |
| 09/29/2017 | Outline response to memorandum in support of motion to set aside default filed by S. Kraimer and review cases cited by S. Kraimer | 2.00 | 800.00 |
|  | Lawrence S. Grossman | 110.50 | 44,200.00 |
| 03/16/2017 | Obtain records from courthouse re: Value Health Care Services, LLC in state court action | 0.20 | 65.00 |
|  | Review records obtained from court re: Value Health Care Services, LLC | 0.10 | 32.50 |
| 03/23/2017 | Review complaint against Value Health Care Services | 0.50 | 162.50 |
|  | Research re: complaint against Value Health Care Services and preference action concerning execution on a judgment | 1.00 | 325.00 |
|  | Telephone conference with Wells Fargo Bank re: execution of judgment | 0.50 | 162.50 |
| 03/28/2017 | Telephone conference with Wells Fargo re: documents specific to Value Health execution | 0.40 | 130.00 |
| 04/10/2017 | Review correspondence from Wells Fargo Bank re: subpoena response | 0.10 | 32.50 |
|  | Telephone conference with Wells Fargo Bank re: |  |  |

| | | | Page: 12 |
|---|---|---|---|
| Bonnie Mangan | | | 10/31/2017 |
| | | CLIENT NO: | 8917-001M |
| | | INVOICE NO: | 245612 |
| Walnut Hill, Inc. | | | |

| | | HOURS | |
|---|---|---|---|
| | subpoena response and documents regarding bank levy | 0.30 | 97.50 |
| | Follow up telephone conference with Wells Fargo Bank re: subpoena response and documents regarding bank levy | 0.40 | 130.00 |
| 04/11/2017 | Review documents received from Wells Fargo Bank | 0.20 | 65.00 |
| 04/27/2017 | Review complaint re: Value Health and Scott Kraimer | 0.50 | 162.50 |
| 04/28/2017 | Revise complaint against Value Health | 0.50 | 162.50 |
| 05/17/2017 | Review report prepared by Bederson, LLP re: potential preferences and fraudulent transfers | 0.30 | 97.50 |
| | E-mail with L. Grossman, trustee, C. Phillips and C. Persing re: report prepared by Bendersen, LLP re: potential preferences and fraudulent transfers | 0.10 | 32.50 |
| 05/23/2017 | Conference call with trustee, L. Grossman, C. Persing and C. Phillips re: potential preference and fraudulent transfer claims | 1.50 | 487.50 |
| 05/24/2017 | Review letter form Attorney Gugliotti re: overpayment of workers comp. premium re: CT Finance, Parkside and U.S.A. Premium Services | 0.20 | 65.00 |
| 06/20/2017 | Research re: date of birth of S. Kraimer in order to obtain documents in support of military affidavit | 0.30 | 97.50 |
| 06/27/2017 | E-mail with trustee re: settlement of preference claims against Value Health | 0.10 | 32.50 |
| 06/28/2017 | E-mail with J. Shapiro re: settlement | 0.10 | 32.50 |
| 06/29/2017 | Research re: address for Pearl Staffing in connection with 2004 examination | 0.30 | 97.50 |
| 07/05/2017 | Conference with L. Grossman re: motion for default judgment against S. Kramer | 0.30 | 97.50 |
| 07/12/2017 | Telephone conference with J. Shapiro re: 9019 motion in Value Health | 0.20 | 65.00 |
| 08/14/2017 | E-mail with C. Phillipps re: role of and information concerning R. Clark | 0.30 | 97.50 |
| | Prepare for deposition of R. Clark | 1.00 | 325.00 |
| 08/15/2017 | Prepare for deposition of R. Clark | 0.50 | 162.50 |

|  |  |  |
|---|---|---|
| Bonnie Mangan | | Page: 13 |
| | | 10/31/2017 |
| | CLIENT NO: | 8917-001M |
| | INVOICE NO: | 245612 |
| Walnut Hill, Inc. | | |

| | | HOURS | |
|---|---|---|---|
| | Attend deposition of R. Clark | 2.50 | 812.50 |
| | Research re: possible holders of debtor's records based on information obtained from deposition of R. Clark | 2.00 | 650.00 |
| | Research re: possible information available from the Connecticut Department of Public Health | 0.20 | 65.00 |
| | Telephone conference with Department of Public Health Licensing Division re: FOIA request | 0.20 | 65.00 |
| | Research re: information needed to draft FOIA request | 0.30 | 97.50 |
| 08/16/2017 | Review and revise motion for default judgment re: Marshal Kraimer in Value Health matter | 0.30 | 97.50 |
| 08/17/2017 | Review Platschek's objections to requests for production served on him in connection with Rule 2004 exam | 0.20 | 65.00 |
| | Download and examine documents produced by Platscheck in response to requests for production served on him in connection with Rule 2004 exam | 0.20 | 65.00 |
| 08/24/2017 | Review and revise motion for protective order re: HIPAA protected records | 0.20 | 65.00 |
| 08/25/2017 | Revise and finalize freedom of information request to Connecticut Department of Health | 1.50 | 487.50 |
| 08/28/2017 | Finalize and file motion for protective order concerning protected health information | 0.40 | 130.00 |
| 08/29/2017 | Review deficiency notice re: motion for protective order | 0.10 | 32.50 |
| | Telephone conference with clerk's office re: deficiency notice re: motion for protective order | 0.10 | 32.50 |
| | Review court's standing order re: contested matter procedure to identify deficiencies and instruct T. Montalto how to correct same | 0.30 | 97.50 |
| 09/13/2017 | Research re: standard for opening default and what constitutes "good cause" to open default in preparation for hearing concerning default of M. Kramer in Value Health matter | 1.00 | 325.00 |
| | David C. Shufrin | 19.40 | 6,305.00 |
| | FOR CURRENT SERVICES RENDERED | 129.90 | 50,505.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Lawrence S. Grossman | 110.50 | $400.00 | $44,200.00 |

|  |  | Page: 14 |
|---|---|---|
| Bonnie Mangan |  | 10/31/2017 |
|  | CLIENT NO: | 8917-001M |
|  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |

| <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>HOURLY RATE</u> | <u>TOTAL</u> |
|---|---|---|---|
| David C. Shufrin | 19.40 | 325.00 | 6,305.00 |

## COSTS

| | | |
|---|---|---|
| 10/05/2016 | Pacer Service Center - Electronic Court Records Accessed | 0.40 |
| 10/22/2016 | Pacer Service Center - Electronic Court Records Accessed | 6.80 |
| 11/02/2016 | Pacer Service Center - Electronic Court Records Accessed | 13.30 |
| 11/09/2016 | Pacer Service Center - Electronic Court Records Accessed | 0.20 |
| 11/10/2016 | Pacer Service Center - Electronic Court Records Accessed | 0.70 |
| 11/16/2016 | State Marshal: Stuart, William M. | 87.60 |
| 11/17/2016 | Pacer Service Center - Electronic Court Records Accessed | 4.50 |
| 12/14/2016 | Federal Express to Christopher L. Phillipps, CPA | 7.26 |
| 12/21/2016 | Webster Bank - research charge 3 hours @ $30.00 and 1 disk @ $5.00 | 95.00 |
| 12/28/2016 | Pacer Service Center - Electronic Court Records Accessed | 7.00 |
| 01/10/2017 | Pacer Service Center - Electronic Court Records Accessed | |
| 01/18/2017 | Wells Fargo- response to subpoena to produce | 37.30 |
| 03/16/2017 | Pacer Service Center - Electronic Court Records Accessed | 4.10 |
| 03/23/2017 | Westlaw Research and Print Charge | 105.04 |
| 04/25/2017 | Pacer Service Center - Electronic Court Records Accessed | 4.20 |
| 05/18/2017 | Westlaw Research and Print Charge | 8.69 |
| 05/18/2017 | Pacer Service Center - Electronic Court Records Accessed | 2.80 |
| 05/23/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.50 |
| 05/23/2017 | Pacer Service Center - Electronic Court Records Accessed | 1.00 |
| 05/24/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.10 |
| 05/25/2017 | Pacer Service Center - Electronic Court Records Accessed | 1.10 |
| 05/26/2017 | Pacer Service Center - Electronic Court Records Accessed | 3.50 |
| 05/31/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.40 |
| 06/01/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.10 |
| 06/01/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.30 |
| 06/06/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.20 |
| 06/06/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.50 |
| 06/12/2017 | Pacer Service Center - Electronic Court Records Accessed | 1.00 |
| 06/13/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.10 |
| 06/13/2017 | Pacer Service Center - Electronic Court Records Accessed | 2.10 |
| 06/13/2017 | Pacer Service Center - Electronic Court Records Accessed | 11.00 |
| 06/21/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.50 |
| 06/22/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.20 |
| 06/28/2017 | Pacer Service Center - Electronic Court Records Accessed | 3.70 |
| 06/30/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.20 |
| 08/23/2017 | Westlaw Research and Print Charge | 2.85 |
| 08/29/2017 | Pacer Service Center - Electronic Court Records Accessed | 4.20 |
| 09/05/2017 | Pacer Service Center - Electronic Court Records Accessed | 1.10 |
| 09/06/2017 | Pacer Service Center - Electronic Court Records Accessed | 0.10 |
| 09/11/2017 | Pacer Service Center - Electronic Court Records Accessed | 2.60 |

|  |  | Page: 15 |
|---|---|---|
| Bonnie Mangan |  | 10/31/2017 |
|  | CLIENT NO: | 8917-001M |
|  | INVOICE NO: | 245612 |
| Walnut Hill, Inc. |  |  |

| | | |
|---|---|---|
| 09/13/2017 | Westlaw Research and Print Charge | 96.87 |
| 09/13/2017 | Pacer Service Center - Electronic Court Records Accessed | 1.60 |
| 09/13/2017 | Westlaw Research and Print Charge | 3.20 |
| 09/14/2017 | Parking Fee: Hartford Bankruptcy Court | 2.00 |
| 09/14/2017 | Travel Fee: Hartford Bankruptcy Court | 55.37 |
| | TOTAL COSTS | 581.28 |
| | **TOTAL CURRENT WORK** | 51,086.28 |
| | **BALANCE DUE** | $51,086.28 |

PAYMENTS RECEIVED AFTER 10/31/2017 will be reflected on your NEXT STATEMENT. Please include CLIENT NO. on your check.

NOTE: PAYMENTS MADE FROM RETAINER held by firm will be reflected on your NEXT STATEMENT.

WE ACCEPT MASTERCARD, VISA AND DISCOVER.