## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WALNUT HILL, INC. | | CASE NO.: 16-20960 (JJT) |
| | : | |
| Debtor. | : | RE: ECF 221, 247 |

### AFFIDAVIT OF LAWRENCE S. GROSSMAN

STATE OF CONNECTICUT )
                                 )    ss: Milford
COUNTY OF NEW HAVEN )

I, Lawrence S. Grossman, being duly sworn, state:

    1.    This affidavit is made on my own personal knowledge.

    2.    I am over the age of eighteen (18) years of age and competent to testify to the matters stated herein.

    3.    I am a partner with Hurwitz, Sagarin, Slossberg & Knuff, LLC ("HSSK"), and am employed as counsel to Bonnie C. Mangan, Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy case.

4. Attached hereto as **Exhibit A** is a chart listing the date, amount of time expended, and a description of the task(s) performed by me in seeking to enforce compliance with the Rule 2004 subpoena that the Trustee served on TYTY, LLC.

5. Exhibit A was created directly from my contemporaneous daily time records.

6. My usual and customary hourly rate for representing a Chapter 7 trustee in a bankruptcy is $400.00.

7. For my time expended in seeking to enforce compliance with the Trustee's subpoena (6.1 hours), I am seeking **$2,440.00**.

8. Attached hereto as **Exhibit B** is a chart listing by date, amount of time expended, and a description of the task(s) performed by Joanna M. Kornafel, Esq. in seeking to enforce compliance with the Rule 2004 subpoena that the Trustee served on TYTY, LLC.

9. Exhibit B was created directly from Attorney Kornafel's contemporaneous daily time records.

10. Attorney Kornafel's usual and customary hourly rate for representing a Chapter 7 trustee in a bankruptcy is $325.00.

11. For Attorney Kornafel's time expended in seeking to enforce compliance with the Trustee's subpoena (18 hours), HSSK is seeking **$5,850.00**.

12. The total compensation that HSSK is seeking for efforts expended to enforce the Trustee's Rule 2004 subpoena to TYTY, LLC is **$8,290.00.**

_____
Lawrence S. Grossman
Date: June 25, 2018

Subscribed and sworn to before me this 25 day of June, 2018.

_____
Notary Public
My Commission Expires:

DONNA S. WORROLL
Notary Public, State of Connecticut
My Commission Expires April 30, 2020

3

# EXHIBIT A

LSG

| DATE | DESCRIPTION | BILL |
|---|---|---|
| 5/3/18 | Review/edit Motion for Contempt against TYTY and J. Kornafel Affidavit in support of Motion for Contempt | .8 |
| 5/14/18 | Email from R. Labreque re: failure to produce documents or show up for Rule 2004 Examination | .1 |
| 5/14/18 | Emails with TYTY counsel re: Rule 2004 Examination confirmation | .2 |
| 5/14/18 | Reviews Debtor's bank records re: TYTY Rule 2004 Examination | .3 |
| 5/14/18 | Emails with R. Labreque re: re-scheduling TYTY Rule 2004 Examination | .2 |
| 5/21/18 | Email from R. Labreque re: failure to produce documents or show up for Rule 2004 Examination | .1 |
| 5/22/18 | Review emails from R. Labreque (TYTY) ultimately canceling Rule 2004 Examination | .2 |
| 5/23/18 | Edit email to counsel re: cancellation of TYTY Rule 2004 Examination | .1 |
| 6/5/18 | Email to R. Labrecque re: TYTY's continuing failure to produce documents | .2 |
| 6/19/18 | Draft supplement to TYTY Motion for Contempt | .2 |
| 6/21/18 | Review Motion for Contempt in advance of hearing and read In Re: Smith Re: Standard for entry of contempt order | .5 |
| 6/21/18 | Attend hearing on motion for contempt re: TYTY, LLC | 3.2 |
| | **TOTAL:** | **6.1** |

# EXHIBIT B

JMK

| DATE | DESCRIPTION | BILL |
|------|-------------|------|
| 5/14/18 | Discussion with L. Grossman re: TYTY Rule 2004 Examination preparation | .1 |
| 5/14/18 | Email to R. LaBrecque re: TYTY Rule 2004 Examination and Pearl Staffing representation (.1); discussion with L. Grossman re: new dates for TYTY Exam (.1) | .2 |
| 5/14/18 | Emails with R. LaBrecque re: re-scheduling TYTY and Pearl Staffing exams | .2 |
| 5/15/18 | Emails with R. LaBrecque re: TYTY and Pearl Staffing Rule 2004 Examination | .2 |
| 5/16/18 | Telephone call with R. LaBrecque re: TYTY production and scheduling of TYTY and Pearl Staffing exam (.1); email to R. LaBrecque re: same (.1) | .2 |
| 5/21/18 | Telephone call to R. LaBrecque re: TYTY examination (message) (.1); emails with R. LaBrecque re: exam and production (.3) | .4 |
| 5/21/18 | Emails with R. LaBrecque re: rescheduling TYTY to May 23 and document production | .2 |
| 5/21/18 | Email to T. Montalto confirming court reporter for TYTY on May 23 | .1 |
| 5/22/18 | Emails with R. LaBrecque re: TYTY exam and resulting last minute cancellation | .3 |
| 5/23/18 | Emails with R. LaBrecque re: TYTY Rule 2004 Examination and cancellation | .4 |
| 5/29/18 | Begin drafting Motion to Compel TYTY | .5 |
| 5/30/18 | Email to R. LaBrecque re: TYTY compliance and Motion to Compel | .2 |
| 5/30/18 | Continue drafting Motion to Compel TYTY | 1.0 |
| 5/31/18 | Continue drafting Motion to Compel TYTY | 4.0 |
| 5/31/18 | Legal research re: Motion to Compel | .5 |
| 5/31/18 | Revise Motion to Compel TYTY to Motion for Contempt | 2.0 |
| 6/3/18 | Continue drafting motion and affidavit for contempt re: TYTY (1.5); prepare exhibits for affidavit (.3); review motion and affidavit per L. Grossman's edits (.3); finalize motion and affidavit (.5); file motion and affidavit (.1) | 2.7 |
| 6/5/18 | Attention to email from L. Grossman to R. LaBrecque re: TYTY production | .1 |

| DATE | DESCRIPTION | BILL |
|---|---|---|
| 6/7/18 | Attention to order from Judge Tancredi re: Motion for Contempt (.1); attention to notice of hearing re: same (.1); attention to notice via BNC First Class Mail to R. LaBrecque and TYTY (.1); attention to service and notice of service of order and notice re: Motion for Contempt (.2) | .5 |
| 6/20/18 | Review Motion for Contempt and emails in preparation for hearing on Motion for Contempt to refresh recollection if called to testify | 1. |
| 6/21/18 | Prepare for hearing in U.S. Bankruptcy Court for motion to find TYTY in contempt (.7); Travel to Hartford with L. Grossman to attend hearing (1.0); attend hearing, including discussions with R. LaBrecque re: attendance at TYTY's Rule 2004 Examination (.6); return travel to office (.9) | 3.2 |
| | **TOTAL:** | **18.0** |

## CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 25th day of June, 2018, the documents listed in Section 1 below were served on the U.S. Trustee and all appearing parties, including the Debtor's attorney, Joel M. Grafstein, via the court's electronic filing system, and by first class mail on the parties listed in Section 2 below.

1. **Documents Served:**

    a.    Affidavit of Lawrence S. Grossman, Esq.,

2. **Parties Served Via First Class Mail:**

Walnut Hill, Inc.
27 Lincoln Street
Berlin, CT 06037

Bederson, LLP
Charles N. Persing, CPA/CFF
347 Mt. Pleasant Avenue, Suite 200
West Orange, NJ 07052

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

/s/ *Lawrence S. Grossman*
Lawrence S. Grossman