**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 16-20960 (JJT) |
| WALNUT HILL, INC., | CHAPTER 7 |
| DEBTOR. | SEPTEMBER 27, 2018 |

**AFFIDAVIT OF LAWRENCE S. GROSSMAN**

I, Lawrence S. Grossman, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice before all Connecticut State Courts, and the United States District Court for the Districts of Connecticut. the Southern District of New York and the Eastern District of New York.

2. I am a member in the law firm of Green & Sklarz, LLC ("G&S"), which maintains an office at 700 State Street, Suite 100, New Haven, Connecticut, and I make this affidavit in support of entry of an Order authorizing the retention of G&S as counsel to trustee, Bonnie Mangan (the "Trustee") in the above-captioned case.

3. Neither I nor G&S nor any of its members or attorneys, hold any interest adverse to the Trustee, or the above-entitled estate and both G&S and I are disinterested persons as defined in 11 U.S.C. Section 101.

4. Nevertheless, G&S and its attorneys may have credit card relationships with American Express Company, American Express Travel Related Services Company, Inc., American

{00084938.1}   1

Express Bank, FSB, and/or American Express Centurion Bank, all of whom are defendants in *Mangan v. American Express Company et al*, Adv. Pro. No. 18-02026.

5. In addition, G&S has used the services of State Marshal Scott M. Kraimer, defendant in *Mangan v. Value Health Care Services, LLC*, Adv. Pro. No. 17-02027.

6. Neither I nor G&S nor any of its members has a prepetition or other claim against the estate.

7. I acknowledge that the United States Bankruptcy Court must approve my firm's fee application and request for reimbursement of costs before my fees and costs can be paid. G & S will apply to the Court for compensation under 11 U.S.C. §§330 and §§331, Fed. R. Bankr. P. 2016 the Local Rules of this Court.

Executed at New Haven, Connecticut on this 27th day of September, 2018.

*/s/ Lawrence S. Grossman*
Lawrence S. Grossman

Subscribed and sworn before me on this 27th day of September, 2018.

*/s/ Evangeline Kliegman*
Evangeline Kliegman
Commissioner of the Superior Court