# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-20960 (JJT) |
| WALNUT HILL, INC., | CHAPTER 7 |
| DEBTOR. | RE: ECF No. 271 |

## ORDER AUTHORIZING APPOINTMENT OF COUNSEL

Upon the *Application to Retain Green & Sklarz, LLC, as Special Counsel to Chapter 7 Trustee Pursuant to 11 U.S.C. § 327(a)* (hereinafter, the "Application"), filed by the duly appointed Chapter 7 Trustee for the above-captioned bankruptcy case, Bonnie C. Mangan (hereafter the "Trustee"), seeking authorization to employ Green & Sklarz, LLC ("G&S"), as counsel for the Trustee of this estate, all as set forth in the Application, and the Court being satisfied that, (i) pursuant to Title 11, United States Code, Section 327(a), neither G&S nor Lawrence S. Grossman, Esq., who is expected to act as primary counsel to the Trustee, nor any other attorney at G&S, holds or represents an interest adverse to the estate, and that they are disinterested in the matters upon which they are to be engaged, and (ii) pursuant to Section 327(a) said employment is in the best interest of the estate, and it is hereby

**ORDERED** that, pursuant to Section 327(a), the Application is APPROVED and that the Trustee is authorized to retain G&S as her Special Counsel; and it is further

**ORDERED** that, subject to the Court's approval, G&S as Special Counsel to the Trustee will charge the estate an hourly rate of $400.00 per hour for Attorney Grossman, $350.00 per hour for associates and $85.00 per hour for paralegals for legal services rendered in defending claims asserted against the Trustee in *CoBank, ACB v. Bonnie C.*

{00084939.1 }

*Mangan, Trustee*, Adv. Pro. No. 17-2080; and it is further

**ORDERED** that payment of compensation to G&S as Special Counsel for the Trustee with respect to the investigation, preparation and prosecution of preference, fraudulent conveyance and other avoidance actions shall be on a 1/3 contingency fee basis plus reimbursement of costs and expenses; and it is further

**ORDERED** that the Trustee shall be authorized to execute any documents that are required to effectuate the retention of G&S; and it is further

**ORDERED** that the allowance and payment or reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of the Court pursuant to 11 U.S.C. §§ 330(a) and 331 after notice and hearing upon proper application.

Dated at Hartford, Connecticut this 24th day of October, 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut