UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (JJT) |
| | : | |
| WALNUT HILL, INC., | : | |
| | : | CHAPTER 7 |
| DEBTOR | : | |
| | : | June 18, 2020 |

TRUSTEE'S OBJECTION TO CLAIM NO. 38-1

To the Debtor, the Debtor's Attorney and all other parties in interest:

The undersigned Chapter 7 Trustee, Bonnie C. Mangan, objects to the allowance of Proof of Claim No. 38-1 that was filed by <u>HEALTHCARE SERVICES GROUP, INC</u>. on September 16, 2016 in the amount of $443,408.11. In support of this objection the undersigned represents as follows:

1. On June 14, 2016, the Debtor Walnut Hill, Inc., filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code and the undersigned was appointed as the Chapter 7 Trustee, qualified under bond and is now serving as Trustee.

2. The Clerk set a bar date for claims setting the last date to file claims as September 15, 2016 (ECF No. 6).

CLAIM 38-1 FILED BY HEALTHCARE SERVICES GROUP, INC.

3. On September 16, 2016 Healthcare Services Group, Inc., ("Claimant"), filed Proof of Claim 38-1 in the amount of $443,408.11 based on a judgment obtained in a civil action entitled *Healthcare Services Group, Inc. v. Walnut Hill, Inc. d/b/a/ Walnut Hill Care Center,* Case No. 3:15-CV-00376 (JCH).

4.  Proof of Claim 38-1 appears to be an exact duplicate of Proof of Claim 34-1 that was filed by the Claimant on September 15, 2016. Furthermore, Proof of Claim 38-1 was filed after the claims bar date and is a tardily filed claim.

5.  The Trustee objects to the allowance of Proof of Claim 38-1 on the basis that it is a duplicate of Proof of Claim 34-1 and because it was tardily filed.

WHEREFORE, the undersigned Trustee respectfully requests that Claim 38-1 be disallowed in its entirety.

Dated at South Windsor, Connecticut this 18th day of June, 2020.

>Attorney Bonnie C. Mangan
>Chapter 7 Trustee
>
>_/s/ Bonnie C. Mangan_____
>Bonnie C. Mangan
>ct03759
>The Law Office of Bonnie C. Mangan, P.C.
>Westview Office Park
>1050 Sullivan Avenue, Suite A3
>South Windsor, Connecticut 06074
>(860) 644-4204 Phone
>(860) 644-4934 FAX
>bonnie.mangan@manganlaw.com

Connecticut Local Form 420B (Notice of Objection to Claim)   01/2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: WALNUT HILL, INC.

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : 16-20960
Chapter: 7

## NOTICE OF OBJECTION TO CLAIM

BONNIE C. MANGAN, CHAPTER 7 TRUSTEE has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**JULY 20, 2020**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
450 Main Street, Hartford CT 06103

A copy of your response should also be mailed to:

Bonnie C. Mangan, Chapter 7 Trustee, 1050 Sullivan Avenue, A3, South Windsor, CT 06074
(Objector and Objector's attorney, if applicable, name and address)

Office of the United States Trustee, 150 Court Street, Room 302, New Haven, CT 06510
(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: 06/18/2020

Signature: /s/ Bonnie C. Mangan
Name: Bonnie C. Mangan, Chapter 7 Trustee
Address: 1050 Sullivan Avenue, A3, South Windsor, CT 06074

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (JJT) |
| | : | |
| WALNUT HILL, INC., | : | |
| | : | CHAPTER 7 |
| DEBTOR | : | |
| | : | |

## ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of HEALTHCARE SERVICES GROUP, INC., Claim number(s) 38-1, filed pursuant to Fed. R. Bankr. P. 3007 dated (the "Objection to Claim", ECF No.___ ), having come before the Court after notice and a hearing, see 11 U.S.C. § 102(1), and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

ORDERED: The Proof of Claim of HEALTHCARE SERVICES GROUP, INC., Claim No. 38-1, in the amount of $443,408.11 is

SUSTAINED/OVERRULED

AND FURTHER ORDERED THAT Proof of Claim 38-1 is disallowed in its entirety.

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20960 (JJT) |
| | : | |
| WALNUT HILL, INC., | : | |
| | : | CHAPTER 7 |
| DEBTOR | : | |
| | : | June 18, 2020 |

**<u>CERTIFICATE OF SERVICE</u>**

In accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 18th day of June, 2020 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. <u>Documents Served</u>:

    1. Objection to Proof of Claim 38-1;
    2. Notice of Objection to Claim; and
    3. Proposed Order.

2. <u>Parties Served Via First Class Mail</u>:

    Attn: Matthew M. O'Hara
    Financial Services Manager
    Healthcare Services Group, Inc.
    3220 Tillman Drive #300
    Bensalem, PA 19020
    (Claimant)

    Attorney Joel M. Grafstein
    jgrafstein@grafsteinlaw.com

    Walnut Hill, Inc.
    Attn: President
    27 Lincoln Street
    Berlin, CT 06037

Dated at South Windsor, Connecticut this 18th day of June, 2020

/s/Bonnie C. Mangan
Bonnie C. Mangan
Attorney Bonnie C. Mangan
CT 03759
The Law Office of Bonnie C. Mangan, P.C.
1050 Sullivan Avenue, Suite A3
South Windsor, CT  06074
Phone (860)644-4204
Fax (860) 644-4934
bonnie.mangan@manganlaw.com