**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| | ) CASE NO. 16-20960 (JJT) |
| WALNUT HILL, INC., | ) |
| | ) |
| DEBTOR. | ) |
| | ) |

**ORDER AUTHORIZING**
**FIRST AND FINAL FEE APPLICATION OF GREEN & SKLARZ LLC, COUNSEL TO**
**BONNIE C. MANGAN, CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND**
**REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD OF**
**OCTOBER 1, 2017 THROUGH JUNE 30, 2020**

**THIS MATTER** came before the Court on _____ __, 2020, the Court having reviewed the *First and Final Fee Application of Green & Sklarz LLZ, Counsel to Bonnie C. Mangan, Chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements For the Period of October 1, 2017 through June 30, 2020* (the "**Application**"), and there being due and sufficient notice and the Court being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the Application is GRANTED, and in accordance therewith, it is further

ORDERED, that this Court hereby awards and authorizes the payment of compensation for the period October 1, 2017 through and including June 30, 2020 in the amount of $975,000.00 (apportioned as set forth below) for services rendered by Applicant as counsel to Bonnie C. Mangan, the Chapter 7 Trustee; and it is further

ORDERED, that of the fee award of $975,000.00, G&S shall receive $562,449.00, together with $1,305.43 for reimbursement of necessary and actual out-of-pocket incurred by G&S; and it is further

{00178455.2 }

ORDERED, that of the fee award of $975,000.00, Hurwitz, Sagarin, Slossberg & Knuff shall receive $412,551.00; and it is further

ORDERED, that the Trustee is authorized to pay the foregoing amounts, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

Dated this __ day of _____, 2020, at Hartford, Connecticut.


Signed: _____
James J. Tancredi
United States Bankruptcy Judge